Kathryn A. Stebner, State Bar No. 121088
Kelly Knapp, State Bar No. 252013
George Kawamoto, State Bar No. 280358
STEBNER AND ASSOCIATES
870 Market Street, Suite 1212
San Francisco, CA  94102
Tel:  (415) 362-9800
Fax:  (415) 362-9801

Guy B. Wallace, State Bar No. 176151
Sarah Colby, State Bar No. 194475
Jennifer A. Uhrowczik, State Bar No. 302212
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel:    (415) 421-7100
Fax:    (415) 421-7105

Christopher J. Healey, State Bar No. 105798
DENTONS US LLP
4655 Executive Drive, Suite 700
San Diego, CA  92121-3128
Tel: (619) 236-1414
Fax: (619) 645-5328

[Additional Counsel listed on signature page]
Attorneys for Plaintiffs and the Proposed Class

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Audrey Heredia as successor-in-interest to the Estate of Carlos Heredia; and Corbina Mancuso as successor-in-interest to the Estate of Ruby Mancuso; on their own behalves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Sunrise Senior Living, LLC; and Does 1 - 100,<br><br>Defendants. | CASE NO. 4:18-cv-00616-HSG<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR OPPOSITION AND REPLY BRIEFING ON DEFENDANT'S MOTIONS**<br><br>Date:      May 10, 2018<br>Time:      2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>Judge:     Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: June 27, 2017<br>Trial Date: None Set |

STIPULATION AND ORDER CONTINUING DATES FOR OPPOSITION AND REPLY BRIEFING TO
DEFENDANT'S MOTIONS

## STIPULATION

WHEREAS, Plaintiffs Audrey Heredia as successor-in-interest to the Estate of Carlos Heredia; and Corbina Mancuso as successor-in-interest to the Estate of Ruby Mancuso ("Plaintiffs") filed their Class Action Complaint on June 27, 2017, in the Superior Court of California, County of Alameda;

WHEREAS, Defendant Sunrise Senior Living, LLC ("Defendant") removed the case to this Court on January 29, 2018;

WHEREAS, on February 5, 2018, Defendant filed a Motion to Compel Arbitration or to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(3); or to Transfer Venue Pursuant to 28 U.S.C. § 1404(A); or to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 9(b) or to Stay (collectively, "Defendant's Motions"), which are set for hearing on May 10, 2018, at 2:00 p.m.;

WHEREAS, Plaintiffs' opposition is due by February 20, 2018, and Defendant's reply is due by February 27, 2018;

WHEREAS, the parties have agreed to extend the date for Plaintiffs' opposition briefing to March 13, 2018, and Defendant's reply briefing to April 3, 2018;

WHEREAS, the parties' stipulation will not alter the May 10, 2018 hearing date on Defendant's Motions.

///

///

///

///

///

///

///

///

///

- 2 -

Subject to Court approval, IT IS HEREBY STIPULATED, that:

1.      The date for Plaintiffs to file and serve opposition briefing to Defendant's Motions shall be continued to and including March 13, 2018.

2.      The date for Defendant to file and serve reply briefing shall be continued to and including April 3, 2018.

3.      The hearing on Defendant's Motions shall remain on calendar for May 10, 2018, at 2:00 p.m.

**IT IS SO STIPULATED:**

Dated: February 16, 2018

*s/ Kathryn A. Stebner*

Kathryn A. Stebner, State Bar No. 121088
George Kawamoto, State Bar No. 280358
STEBNER AND ASSOCIATES
870 Market Street, Suite 1212
San Francisco, CA 94102

Attorneys for Plaintiff and the proposed Class

Dated: February 16, 2018

*s/Laura A. Sucheski*

Rachel S. Brass, State Bar No. 219301
Laura A. Sucheski, State Bar No. 302445
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-0921

Attorneys for Defendant

**ATTESTATION**

I, Kathryn Stebner, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

- 3 -

STIPULATION AND ORDER CONTINUING DATES FOR OPPOSITION AND REPLY BRIEFING TO DEFENDANT'S MOTIONS

Dated: February 16, 2018

*s/ Kathryn A. Stebner*
Kathryn A. Stebner, State Bar No. 121088
George Kawamoto, State Bar No. 280358
STEBNER AND ASSOCIATES
870 Market Street, Suite 1212
San Francisco, CA 94102

Attorneys for Plaintiff and the proposed Class

## <u>ORDER</u>

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: February 20, 2018

Honorable Haywood S Gilliam Jr
Judge of the United States District Court

- 4 -

STIPULATION AND ORDER CONTINUING DATES FOR OPPOSITION AND REPLY BRIEFING TO DEFENDANT'S MOTIONS