Kathryn A. Stebner, State Bar No. 121088
Kelly Knapp, State Bar No. 252013
George Kawamoto, State Bar No. 280358
STEBNER AND ASSOCIATES
870 Market Street, Suite 1212
San Francisco, CA 94102
Tel: (415) 362-9800
Fax: (415) 362-9801

Guy B. Wallace, State Bar No. 176151
Sarah Colby, State Bar No. 194475
Jennifer A. Uhrowczik, State Bar No. 302212
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
Fax: (415) 421-7105

Christopher J. Healey, State Bar No. 105798
DENTONS US LLP
4655 Executive Drive, Suite 700
San Diego, CA 92121-3128
Tel: (619) 236-1414
Fax: (619) 645-5328

[Additional Counsel listed on service page]

Attorneys for Plaintiffs and the Proposed Class

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AUDREY HEREDIA as successor-in-interest to the Estate of Carlos Heredia; and CORBINA MANCUSO as successor-in-interest to the Estate of Ruby Mancuso; on their own behalves and on behalf of others similarly situated, | CASE NO. 4:18-cv-00616-HSG |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| SUNRISE SENIOR LIVING, LLC; and DOES 1 - 100, | Location: Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94162 Judge: Honorable Haywood S. Gilliam, Jr. |
| Defendants. | Action Filed: June 27, 2017 Trial Date: None Set |

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED CLASS
ACTION COMPLAINT

## STIPULATION

WHEREAS, Plaintiffs Audrey Heredia as successor-in-interest to the Estate of Carlos Heredia; and Corbina Mancuso as successor-in-interest to the Estate of Ruby Mancuso ("Plaintiffs") filed their Class Action Complaint on June 27, 2017, in the Superior Court of California, County of Alameda;

WHEREAS, Defendant Sunrise Senior Living, LLC ("Defendant") removed the case to this Court on January 29, 2018;

WHEREAS, on February 5, 2018, Defendant filed a Motion to Compel Arbitration or to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(3); or to Transfer Venue Pursuant to 28 U.S.C. § 1404(A); or to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 9(b) or to Stay (collectively, "Defendant's Motions"), which are presently set for hearing on May 10, 2018, at 2:00 p.m.;

WHEREAS, Plaintiffs filed a First Amended Class Action Complaint on February 23, 2018;

Subject to Court approval, IT IS HEREBY STIPULATED:

1.      The current hearing date of May 10, 2018 for Defendant's Motions, and the dates for opposition and reply briefing regarding those Motions, shall be vacated.

2.      Defendant's motion, answer or other response to the First Amended Complaint shall be filed and served on or before March 30, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

3.    Assuming Defendant files a pleading challenge or other motion with respect to the First Amended Complaint, any such motion shall be set for hearing by the Court on June 7, 2018, with opposition briefing filed and served on or before April 30, 2018 and reply briefing filed and served on or before May 21, 2018.

I, Christopher J. Healey, hereby certify that the content of this document is acceptable to Rachel S. Brass, counsel for Sunrise Senior Living, LLC, and that I have obtained Ms. Brass's authorization to affix her electronic signature on this document.

**IT IS SO STIPULATED:**

Dated: March 1, 2018

*/S/ Christopher J. Healey*

Christopher J. Healey, State Bar No. 105798
DENTONS US LLP
4655 Executive Drive, Suite 700
San Diego, CA 92121-3128

Attorneys for Plaintiff and the Proposed Class

[Additional Counsel listed on service page]

Dated: March 1, 2018

*/S/ Rachel S. Brass*

Rachel S. Brass, State Bar No. 219301
Laura A. Sucheski, State Bar No. 302445
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-0921

Attorneys for SUNRISE SENIOR LIVING, LLC

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.  This order terminates docket no. 15.

Dated: March 6, 2018

Honorable Haywood S. Gilliam, Jr.
Judge of the United States District Court

106701021\V-2

- 3 -

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT