Kathryn A. Stebner, State Bar No. 121088
Kelly Knapp, State Bar No. 252013
George Kawamoto, State Bar No. 280358
STEBNER AND ASSOCIATES
870 Market Street, Suite 1212
San Francisco, CA  94102
Tel:  (415) 362-9800
Fax:  (415) 362-9801

Guy B. Wallace, State Bar No. 176151
Sarah Colby, State Bar No. 194475
Jennifer A. Uhrowczik, State Bar No. 302212
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel:     (415) 421-7100
Fax:     (415) 421-7105

Christopher J. Healey, State Bar No. 105798
DENTONS US LLP
4655 Executive Drive, Suite 700
San Diego, CA  92121-3128
Tel: (619) 236-1414
Fax: (619) 645-5328

[Additional Counsel listed on signature page]

Attorneys for Plaintiffs and the Proposed Class

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Audrey Heredia as successor-in-interest to the Estate of Carlos Heredia; and Corbina Mancuso as successor-in-interest to the Estate of Ruby Mancuso; on their own behalves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Sunrise Senior Living, LLC; and Does 1 - 100,<br><br>Defendants. | CASE NO. 4:18-cv-00616-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Honorable Haywood S Gilliam Jr<br>Courtroom:  2, 4th Floor |

The Court has scheduled a Case Management Conference in this case for May 1, 2018. Pursuant to the parties' prior stipulation, the Court has ordered that Defendant's motions with respect to Plaintiffs' initial complaint (Docket No. 15) have been terminated and Defendant's

---

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

anticipated motions regarding Plaintiffs' First Amended Complaint are set for hearing on June 7, 2018 at 2 p.m.

On February 23, 2018, Plaintiffs' filed a Motion for Appointment of Elise Ganz as Guardian Ad Litem which is currently set for May 31, 2018.  For the convenience of the Court and counsel, the parties seek to continue that hearing date to June 7, 2018 as well.

Subject to Court approval, IT IS HEREBY STIPULATED that:

1.    The Case Management Conference presently scheduled for May 1, 2018, shall be continued to June 7, 2018 at 2 p.m.

2.    Plaintiffs' Motion for Appointment of Elise Ganz as guardian Ad Litem, currently set for May 31, 2018, shall be continued to June 7, 2018 at 2 p.m.

I, Christopher J. Healey, hereby certify that the content of this document is acceptable to Rachel S. Brass, counsel for Sunrise Senior Living, LLC, and that I have obtained Ms. Brass's authorization to affix her electronic signature on this document.

**IT IS SO STIPULATED:**

Dated: March 6, 2018

*/s/ Christopher J. Healey*
Christopher J. Healey, State Bar No. 105798
DENTONS US LLP
Attorneys for Plaintiff and the Proposed Class

[Additional Counsel listed on service page]

Dated: March 6, 2018

*/s/ Rachel S. Brass*
Rachel S. Brass, State Bar No. 219301
Gibson, Dunn & Crutcher LLP

Attorneys for SUNRISE SENIOR LIVING, LLC

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  March 7, 2018

Honorable Haywood S. Gilliam, Jr.
Judge of the United States District Court

106762764\V-2

- 2 -

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE