1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                          SOUTHERN DIVISION

11   AUDREY HEREDIA, as successor-in-        CASE NO. 8:18-cv-01974-JLS-JDEx
     interest to the Estate of Carlos Heredia;
12   AMY FEARN, as successor-in-interest
     to the Estate of Edith Zack; and HELEN
13   GANZ, by and through her Guardian ad     PROTECTIVE ORDER
     Litem, Elise Ganz; on their own
14   behalves and on behalf of others
     similarly situated,
15                                            [NOTE CHANGES BY THE COURT]
                    Plaintiffs,
16                                            [Discovery Document: Referred to
17        v.                                  Magistrate Judge John D. Early]

18   SUNRISE SENIOR LIVING, LLC; and
     DOES 1 through 100,
19
                    Defendants.
20

21

22        Based on the Joint Submission Regarding Stipulated Protective Order (Dkt. 101)

23   and arguments of counsel for the parties, the Court finds and orders as follows.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1.    <u>PURPOSES AND LIMITATIONS</u>

Discovery in this action is likely to involve production of confidential, proprietary or private information, including protected health information ("PHI"), for which special protection from public disclosure and from use for any purpose other than pursuing this litigation may be warranted. Accordingly, the parties hereby stipulate to and petition the Court to enter the following Stipulated Protective Order. Although it is Plaintiffs' position that they are not seeking the production of individually identifiable health information, the parties, by and through their respective counsel, have mutually agreed to remain in full compliance with any privacy requirements imposed by regulations promulgated under HIPAA, the Confidentiality of Medial Information Act ("CMIA"), the California regulations regarding Residential Care Facilities for the Elderly ("RCFEs"), and all laws protecting the privacy and confidentiality of RCFE residents' personal information. The parties acknowledge that this Order does not confer blanket protections on all disclosures or responses to discovery and that the protection it affords from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles.

2.    <u>GOOD CAUSE STATEMENT</u>

This action involves the services provided by assisted living facilities and the payments made for such services. Accordingly, it is highly likely to involve personal financial and medical information of Plaintiffs and putative class members, trade secrets, customer and pricing lists, staffing data, and other valuable research, development, commercial, financial, technical and/or proprietary information for which special protection from public disclosure and from use for any purpose other than prosecution of this action is warranted. Such confidential and proprietary materials and information consist of, among other things, Plaintiffs' and the putative class members' medical records, care records, financial records, and other personal information; Defendant's confidential business or financial information, including

internal budgets, pricing structures, staffing analyses, financial performance data, employee compensation information, employee training materials, and other information regarding confidential business practices and policies (or the lack thereof), or other confidential research, development, or commercial information (including information implicating privacy rights of Non-Parties), information otherwise generally unavailable to the public, or which may be privileged or otherwise protected from disclosure under state or federal statutes, court rules, case decisions, or common law. Accordingly, to expedite the flow of information, to facilitate the prompt resolution of disputes over confidentiality of discovery materials, to adequately protect information the parties are entitled to keep confidential, to ensure that the parties are permitted reasonable necessary uses of such material in preparation for and in the conduct of trial, to address their handling at the end of the litigation, and serve the ends of justice, a protective order for such information is justified in this matter. It is the intent of the parties that information will not be designated as confidential for tactical reasons and that nothing be so designated without a good faith belief that it has been maintained in a confidential, non-public manner, and there is good cause why it should not be part of the public record of this case.

3. ACKNOWLEDGMENT OF UNDER SEAL FILING PROCEDURE

The parties further acknowledge, as set forth in Section 14.3, below, that this Stipulated Protective Order does not entitle them to file confidential information under seal; Local Civil Rule 79-5 sets forth the procedures that must be followed and the standards that will be applied when a party seeks permission from the court to file material under seal. There is a strong presumption that the public has a right of access to judicial proceedings and records in civil cases. In connection with non-dispositive motions, good cause must be shown to support a filing under seal. *See Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006), *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002), *Makar-Welbon v. Sony Elecs., Inc.*, 187 F.R.D. 576, 577 (E.D. Wis. 1999) (even stipulated protective orders require

good cause showing), and a specific showing of good cause or compelling reasons with proper evidentiary support and legal justification, must be made with respect to Protected Material that a party seeks to file under seal. The parties' mere designation of Disclosure or Discovery Material as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" does not— without the submission of competent evidence by declaration, establishing that the material sought to be filed under seal qualifies as confidential, privileged, or otherwise protectable—constitute good cause.

Further, if a party requests sealing related to a dispositive motion or trial, then compelling reasons, not only good cause, for the sealing must be shown, and the relief sought shall be narrowly tailored to serve the specific interest to be protected. *See Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 677-79 (9th Cir. 2010). For each item or type of information, document, or thing sought to be filed or introduced under seal, the party seeking protection must articulate compelling reasons, supported by specific facts and legal justification, for the requested sealing order. Again, competent evidence supporting the application to file documents under seal must be provided by declaration.

Any document that is not confidential, privileged, or otherwise protectable in its entirety will not be filed under seal if the confidential portions can be redacted. If documents can be redacted, then a redacted version for public viewing, omitting only the confidential, privileged, or otherwise protectable portions of the document, shall be filed. Any application that seeks to file documents under seal in their entirety should include an explanation of why redaction is not feasible.

4. <u>DEFINITIONS</u>

4.1 **Action:** *Heredia v. Sunrise Senior Living, LLC*, Case No. 8:18-cv-1974-JLS(JDEx).

4.2 **Challenging Party:** a Party or Non-Party that challenges the designation of information or items under this Order.

4.3 **"CONFIDENTIAL" Information or Items**: information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c), and as specified above in the Good Cause Statement.

4.4 **Counsel:** Outside Counsel of Record and House Counsel (as well as their support staff).

4.5 **Designating Party**: a Party or Non-Party that designates information or items that it produces in disclosures or in responses to discovery as "CONFIDENTIAL."

4.6 **Disclosure or Discovery Material:** all items or information, regardless of the medium or manner in which it is generated, stored, or maintained (including, among other things, testimony, transcripts, and tangible things), that are produced or generated in disclosures or responses to discovery.

4.7 **Expert**: a person with specialized knowledge or experience in a matter pertinent to the litigation who has been retained by a Party or its counsel to serve as an expert witness or as a consultant in this Action.

4.8 "**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**" **Information or Items:** extremely sensitive "CONFIDENTIAL" information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c) and contain sensitive personal information regarding individuals (including but not limited to social security numbers, financial account numbers, credit card numbers, mothers' maiden names, passwords, driver's license numbers or state identification numbers, and dates of birth, as well as home addresses, personal e-mail addresses, and telephone numbers of persons other than the named Plaintiffs); names of minor children; PHI as that term is defined under HIPAA and the federal regulations enacted pursuant to HIPAA and medical information protected from disclosure under California law, including the CMIA; trade secrets; and any other extremely sensitive "Confidential Information or

Items,' disclosure of which, to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means.

4.9     **House Counsel:** attorneys who are employees of a party to this Action. House Counsel does not include Outside Counsel of Record or any other outside counsel.

4.10    **Non-Party:** any natural person, partnership, corporation, association or other legal entity not named as a Party to this action.

4.11    **Outside Counsel of Record:** attorneys who are not employees of a party to this Action but are retained to represent a party to this Action and have appeared in this Action on behalf of that party or are affiliated with a law firm that has appeared on behalf of that party, and includes support staff.

4.12    **Party:** any party to this Action, including all of its officers, directors, employees, consultants, retained experts, and Outside Counsel of Record (and their support staffs).

4.13    **Producing Party:** a Party or Non-Party that produces Disclosure or Discovery Material in this Action.

4.14    **Professional Vendors:** persons or entities that provide litigation support services (e.g., photocopying, videotaping, translating, preparing exhibits or demonstrations, and organizing, storing, or retrieving data in any form or medium) and their employees and subcontractors.

4.15    **Protected Material:** any Disclosure or Discovery Material that is designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

4.16    **Receiving Party**: a Party that receives Disclosure or Discovery Material from a Producing Party.

5.    SCOPE

The protections conferred by this Stipulation and Order cover not only Protected Material (as defined above), but also (1) any information copied or extracted from Protected Material; (2) all copies, excerpts, summaries, or compilations of Protected Material; and (3) any testimony, conversations, or presentations by Parties or their Counsel that might reveal Protected Material.

Any use of Protected Material at trial shall be governed by the orders of the trial judge and other applicable authorities. This Order does not govern the use of Protected Material at trial.

6.    DURATION

Even after final disposition of this litigation, the confidentiality obligations imposed by this Order shall remain in effect until a Designating Party agrees otherwise in writing or a court order otherwise directs. Final disposition shall be deemed to be the later of (1) dismissal of all claims and defenses in this action, with or without prejudice; or (2) entry of final judgment herein after the completion and exhaustion of all appeals, rehearings, remands, trials, or reviews of this action, including the expiration of time limits pursuant to applicable law for pursuing such appeals, rehearings, remands, trials, or review.

However, if this case proceeds to trial, information that was designated as CONFIDENTIAL or maintained pursuant to this protective order used or introduced as an exhibit at trial becomes public and will be presumptively available to all members of the public, including the press, unless compelling reasons supported by specific factual findings to proceed otherwise are made to the trial judge in advance of the trial. *See Kamakana*, 447 F.3d at 1180-81 (distinguishing "good cause" showing for sealing documents produced in discovery from "compelling reasons" standard when merits-related documents are part of court record).   Accordingly, the terms of this protective order do not extend beyond the commencement of the trial, without prejudice to Sunrise requesting confidential treatment of certain information at trial.

## 7. DESIGNATING PROTECTED MATERIAL

7.1  Exercise of Restraint and Care in Designating Material for Protection. Each Party or Non-Party that designates information or items for protection under this Order must take care to limit any such designation to specific material that qualifies under the appropriate standards. The Designating Party must designate for protection only those parts of material, documents, items or oral or written communications that qualify so that other portions of the material, documents, items or communications for which protection is not warranted are not swept unjustifiably within the ambit of this Order.

Mass, indiscriminate or routinized designations are prohibited. Designations that are shown to be clearly unjustified or that have been made for an improper purpose (e.g., to unnecessarily encumber the case development process or to impose unnecessary expenses and burdens on other parties) may expose the Designating Party to sanctions.

If it comes to a Designating Party's attention that information or items that it designated for protection do not qualify for protection, that Designating Party must promptly notify all other Parties that it is withdrawing the inapplicable designation.

7.2  Manner and Timing of Designations. Except as otherwise provided in this Order, or as otherwise stipulated or ordered, Disclosure of Discovery Material that qualifies for protection under this Order must be clearly so designated before the material is disclosed or produced.

Designation in conformity with this Order requires:

(a) for information in documentary form (e.g., paper or electronic documents, but excluding transcripts of depositions or other pretrial or trial proceedings), that the Producing Party affix at a minimum, the legend "CONFIDENTIAL", or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" to each page that contains protected material. If only a portion of the material on a page qualifies for protection, the Producing Party must clearly identify the

protected portion(s) (e.g., by making appropriate markings in the margins). A Party or Non-Party that makes original documents available for inspection need not designate them for protection until after the inspecting Party has indicated which documents it would like copied and produced. During the inspection and before the designation, all of the material made available for inspection shall be deemed "CONFIDENTIAL." After the inspecting Party has identified the documents it wants copied and produced, the Producing Party must determine which documents, or portions thereof, qualify for protection under this Order. Then, before producing the specified documents, the Producing Party must affix the "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" legend to each page that contains Protected Material. If only a portion of the material on a page qualifies for protection, the Producing Party also must clearly identify the protected portion(s) (e.g., by making appropriate markings in the margins).

(b) for protected testimony given in depositions that the Designating Party either (1) identifies on the record or (2) identifies, in writing within 21 days of receipt of the final transcript, that the transcript shall be treated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

(c) for information produced in some form other than documentary and for any other tangible items, that the Producing Party affix in a prominent place on the exterior of the container or containers in which the information is stored the legend "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," as applicable. If only a portion or portions of the information warrants protection, the Producing Party, to the extent practicable, shall identify the protected portion(s).

7.3    <u>Inadvertent Failures to Designate</u>. If timely corrected, an inadvertent failure to designate qualified information or items does not, standing alone, waive the Designating Party's right to secure protection under this Order for such material. Upon

timely correction of a designation, the Receiving Party must make reasonable efforts to assure that the material is treated in accordance with the provisions of this Order.

8.   CHALLENGING CONFIDENTIALITY DESIGNATIONS

    8.1.   Timing of Challenges. Any Party or Non-Party may challenge a designation of confidentiality at any time that is consistent with the Court's Scheduling Order.

    8.2   Meet and Confer. The Challenging Party shall initiate the dispute resolution process under Local Rule 37-1 et seq.

    8.3   Joint Stipulation. Any challenge submitted to the Court shall be via a joint stipulation pursuant to Local Rule 37-2.

    8.4   The burden of persuasion in any such challenge proceeding shall be on the Designating Party. Frivolous challenges, and those made for an improper purpose (e.g., to harass or impose unnecessary expenses and burdens on other parties) may expose the Challenging Party to sanctions. Unless the Designating Party has waived or withdrawn the confidentiality designation, all parties shall continue to afford the material in question the level of protection to which it is entitled under the Producing Party's designation until the Court rules on the challenge.

9.   ACCESS TO AND USE OF PROTECTED MATERIAL

    9.1   Basic Principles. A Receiving Party may use Protected Material that is disclosed or produced by another Party or by a Non-Party in connection with this Action only for prosecuting, defending or attempting to settle this Action. Such Protected Material may be disclosed only to the categories of persons and under the conditions described in this Order. When the Action has been terminated, a Receiving Party must comply with the provisions of section 15 below (FINAL DISPOSITION).

    Protected Material must be stored and maintained by a Receiving Party at a location and in a secure manner that ensures that access is limited to the persons authorized under this Order.  Receiving Party shall advise the Designating Party as to the manner in which the Protected Information has been secured.

9.2    <u>Disclosure of "CONFIDENTIAL" Information or Items</u>. Unless otherwise ordered by the court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "CONFIDENTIAL" only to:

(a) the Receiving Party's Outside Counsel of Record in this Action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this Action;

(b) the officers, directors, and employees (including House Counsel) of the Receiving Party to whom disclosure is reasonably necessary for this Action;

(c) Experts (as defined in this Order) of the Receiving Party to whom disclosure is reasonably necessary for this Action and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), except that information or items designated as CONFIDENTIAL shall not be disclosed to any outside experts who are current employees, consultants, officers, principals, or directors of a direct competitor of Defendants identified on Exhibit B;

(d) the court and its personnel;

(e) court reporters and their staff;

(f) professional jury or trial consultants, mock jurors, and Professional Vendors to whom disclosure is reasonably necessary for this Action and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), except that information or items designated as CONFIDENTIAL shall not be disclosed to any outside consultants or vendors who are current employees, officers, principals, or directors of a direct competitor of Defendants identified on Exhibit B;

(g) the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information;

(h) during their depositions, witnesses, and attorneys for witnesses, in the Action to whom disclosure is reasonably necessary provided: (1) the deposing party requests that the witness sign the form attached as Exhibit A hereto; and (2) the

witness will not be permitted to review any confidential information unless they sign the "Acknowledgment and Agreement to Be Bound" (Exhibit A), unless otherwise agreed by the Designating Party or ordered by the court. Pages of transcribed deposition testimony or exhibits to depositions that reveal Protected Material may be separately bound by the court reporter and may not be disclosed to anyone except as permitted under this Stipulated Protective Order; and

(i) any mediators or settlement officers and their supporting personnel, mutually agreed upon by any of the parties engaged in settlement discussions.

9.3  Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items.  Unless otherwise ordered by the Court or permitted in writing by the Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" only to:

(a) the Receiving Party's Outside Counsel of Record in this Action, as well as employees of said Outside Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation and who have signed the "Acknowledgement and Agreement to Be Bound" that is attached hereto as Exhibit A.

(b) Experts (as defined in this Order) of the Receiving Party to whom disclosure is reasonably necessary for this Action and who have signed the "Acknowledgment and Agreement to Be Bound" (Exhibit A), except that information or items designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" shall not be disclosed to any outside experts who are current employees, consultants, officers, principals, or directors of a direct competitor of Defendants identified on Exhibit B;

(c) the Court and its personnel;

(d) private court reporters and their staff, professional jury or trial consultants, mock jurors, and Professional Vendors to whom disclosure is reasonably necessary for this Action and who have signed the "Acknowledgment and Agreement

to Be Bound" (Exhibit A), except that information or items designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" shall not be disclosed to any outside consultants or vendors who are current employees, officers, principals, or directors of a direct competitor of Defendants identified on Exhibit B;

(e) the author or recipient of a document containing the information or a custodian or other person who otherwise possessed or knew the information;

(f) current employees of Defendants.

For the avoidance of doubt, disclosure of information or items designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" may not be disclosed to any person or entity who, on and after the date this Action began, is or was a named plaintiff to this Action.

9.4    Hardship

If a Party finds that the foregoing restrictions regarding the disclosure of material covered by this Order imposes a hardship on that Party, the Party may, after meeting and conferring in a good faith attempt to informally resolve the issue with counsel for any other affected Party, contact the Courtroom Deputy for the assigned Magistrate Judge to schedule a telephonic hearing as soon as practicable regarding the issue.

10.    PROTECTED MATERIAL SUBPOENAED OR ORDERED PRODUCED IN OTHER LITIGATION

If a Party is served with a subpoena or a court order issued in other litigation that compels disclosure of any information or items designated in this Action as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" that Party must:

(a) promptly notify in writing the Designating Party. Such notification shall include a copy of the subpoena or court order;

(b) promptly notify in writing the party who caused the subpoena or order to issue that some or all of the material covered by the subpoena or order is subject to

this Protective Order. Such notification shall include a copy of this Stipulated Protective Order; and

(c) cooperate with respect to all reasonable procedures sought to be pursued by the Designating Party whose Protected Material may be affected. If the Designating Party timely seeks a protective order, the Party served with the subpoena or court order shall not produce any information designated in this action as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" before a determination by the court from which the subpoena or order issued, unless the Party has obtained the Designating Party's permission. The Designating Party shall bear the burden and expense of seeking protection in that other proceeding of its confidential material and nothing in these provisions should be construed as authorizing or encouraging a Receiving Party in this Action to disobey a lawful directive from another court.

11.    A NON-PARTY'S PROTECTED MATERIAL SOUGHT TO BE PRODUCED IN THIS LITIGATION

(a) The terms of this Order are applicable to information produced by a Non-Party in this Action and designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." Such information produced by Non-Parties in connection with this litigation is protected by the remedies and relief provided by this Order. Nothing in these provisions should be construed as prohibiting a Non-Party from seeking additional protections.

(b) In the event that a Party is required, by a valid discovery request, to produce a Non-Party's confidential information in its possession, and the Party is subject to an agreement with the Non-Party not to produce the Non-Party's confidential information, then the Party shall:

(1) promptly notify in writing the Requesting Party and the Non-Party that some or all of the information requested is subject to a confidentiality agreement with a Non-Party;

14

1     (2) promptly provide the Non-Party with a copy of the Stipulated

2 Protective Order in this Action, the relevant discovery request(s), and a reasonably

3 specific description of the information requested; and

4     (3) make the information requested available for inspection by the Non-

5 Party, if requested.

6     (c) If the Non-Party fails to seek a protective order from this court within 14

7 days of receiving the notice and accompanying information, the Receiving Party may

8 produce the Non-Party's confidential information responsive to the discovery request.

9 If the Non-Party timely seeks a protective order, the Receiving Party shall not produce

10 any information in its possession or control that is subject to the confidentiality

11 agreement with the Non-Party before a determination by the court. Absent a court

12 order to the contrary, the Non-Party shall bear the burden and expense of seeking

13 protection in this court of its Protected Material.

14   12.   UNAUTHORIZED DISCLOSURE OF PROTECTED MATERIAL

15     If a Receiving Party learns that, by inadvertence or otherwise, it has disclosed

16 Protected Material to any person or in any circumstance not authorized under this

17 Stipulated Protective Order, the Receiving Party must immediately (a) notify in writing

18 the Designating Party of the unauthorized disclosures, (b) use its best efforts to retrieve

19 all unauthorized copies of the Protected Material, (c) inform the person or persons to

20 whom unauthorized disclosures were made of all the terms of this Order, and (d)

21 request such person or persons to execute the "Acknowledgment an Agreement to Be

22 Bound" attached hereto as Exhibit A.

23   13.   INADVERTENT PRODUCTION OF PRIVILEGED OR OTHERWISE

24        PROTECTED MATERIAL

25     When a Producing Party gives notice to Receiving Parties that certain

26 inadvertently produced material is subject to a claim of privilege or other protection, the

27 obligations of the Receiving Parties are those set forth in Federal Rule of Civil Procedure

28 26(b)(5)(B). This provision is not intended to modify whatever procedure may be

established in an e-discovery order that provides for production without prior privilege review. Pursuant to Federal Rule of Evidence 502(d) and (e), disclosure (including production) of information that a Party or Non-Party later claims should not have been disclosed because of a privilege, including, but not limited to, the attorney-client privilege or work product doctrine ("Privileged Information"), shall not by itself constitute a waiver of, or estoppel to, any claim of attorney-client privilege, attorney work product, or other ground for withholding production as to which the Producing Party would be entitled in the Litigation or any other federal or state proceeding. Pursuant to Federal Rule of Civil Procedure 26(b)(5)(B) and Federal Rule of Evidence 502(e), the Receiving Party hereby agrees to return, sequester, or destroy any Privileged Information disclosed or produced by the Producing Party upon request. If the Receiving Party reasonably believes that Privileged Information has been inadvertently disclosed or produced to it, it shall promptly notify the Producing Party and sequester such information until instructions as to disposition are received. The failure of any Party to provide notice or instructions under this Paragraph shall not by itself constitute a waiver of, or estoppel to, any claim of attorney-client privilege, attorney work product, or other ground for withholding production as to which the Producing Party would be entitled in the Litigation or any other federal or state proceeding.

14. MISCELLANEOUS

    14.1 Right to Further Relief. Nothing in this Order abridges the right of any person to seek its modification by the Court in the future.

    14.2 Right to Assert Other Objections. By stipulating to the entry of this Protective Order, no Party waives any right it otherwise would have to object to disclosing or producing any information or item on any ground not addressed in this Stipulated Protective Order. Similarly, no Party waives any right to object on any ground to use in evidence of any of the material covered by this Protective Order.

    14.3 Filing Protected Material. A Party that seeks to file under seal any Protected Material must comply with Local Civil Rule 79-5. Protected Material may

only be filed under seal pursuant to a court order authorizing the sealing of the specific Protected Material. If a Party's request to file Protected Material under seal is denied by the court, then the Receiving Party may file the information in the public record unless otherwise instructed by the court.

14.4   No Limit on Advice or Representation. The parties agree that nothing in this Protective Order shall be deemed to limit the extent to which counsel for the parties may advise or represent their respective clients, conduct discovery, prepare for trial, present proof at trial, including any document herein, or oppose the production or admissibility of any information or documents which have been requested.

15.   <u>FINAL DISPOSITION</u>

After the final disposition of this Action, as defined in paragraph 6, within 60 days of a written request by the Designating Party, each Receiving Party must return all Protected Material to the Producing Party or destroy such material. As used in this subdivision, "all Protected Material" includes all copies, abstracts, compilations, summaries, and any other format reproducing or capturing any of the Protected Material. Whether the Protected Material is returned or destroyed, the Receiving Party must submit a written certification to the Producing Party (and, if not the same person or entity, to the Designating Party) by the 60-day deadline that (1) identifies (by category, where appropriate) all the Protected Material that was returned or destroyed and (2) affirms that the Receiving Party has not retained any copies, abstracts, compilations, summaries or any other format reproducing or capturing any of the Protected Material. Notwithstanding this provision, Counsel are entitled to retain an archival copy of all pleadings, motion papers, trial, deposition, and hearing transcripts, legal memoranda, correspondence, deposition and trial exhibits, expert reports, attorney work product, and consultant and expert work product, even if such materials contain Protected Material. Any such archival copies that contain or constitute Protected Material remain subject to this Protective Order as set forth in Section 6 (DURATION).

16. **VIOLATION**

Any violation of this Order may be punished by appropriate measures including, without limitation, contempt proceedings and/or monetary sanctions.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: December 12, 2019

_____
JOHN D. EARLY
United States Magistrate Judge

**EXHIBIT A**

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, _____ [print or type full name], of

_____[print or type full address], declare under

penalty of perjury that I have read in its entirety and understand the Stipulated Protective

Order that was issued by the United States District Court for the Central District of

California on December 12, 2019 in the case of *Heredia et al. v. Sunrise Senior Living,*

*LLC, et al.*, Case No. 8:18-CV-01974-JLS-JDE. I declare that I am not a current or

former employee, officer, principal, or director, or, if acting in an expert capacity, a

consultant, of a direct competitor of any Party to this action. I agree to comply with and

to be bound by all the terms of this Stipulated Protective Order and I understand and

acknowledge that failure to so comply could expose me to sanctions and punishment in

the nature of contempt. I solemnly promise that I will not disclose in any manner any

information or item that is subject to this Stipulated Protective Order to any person or

entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for

the Central District of California for the purpose of enforcing the terms of this Stipulated

Protective Order, even if such enforcement proceedings occur after termination of this

action.

I hereby appoint _____ [print or type full name] of

_____ [print or type full address and

telephone number] as my California agent for service of process in connection with this

action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____

<u>EXHIBIT B</u>

1.      **A Grace Sub-Acute and Skilled Care**
          1250 S. Winchester Blvd.
          San Jose, CA 95128

2.      **A Splendor Senior Living- The Glendora**
          452 Seller Street
          Glendora, CA 91741

3.      **AA Best Care Homes**
          857 Hearn Ave.
          Santa Rose, CA 95407

4.      **Abbey Road Villa**
          14132 Hubbard St.
          Sylmar, CA 91342

5.      **Abby Gardens Healthcare Center**
          8060 Frost St.
          San Diego, CA 92123

6.      **Acacia Park Nursing & Rehab**
          1611 Scenic Dr.
          Modesto, CA 95355

7.      **ACC Senior Services**
          1180 Corporate Way
          Sacramento, CA 95831

8.      **ActivCare Living**
          10603 Rancho Bernardo Rd.
          San Diego, CA 92127

9.      **Advanced Rehab Center of Tustin**
          2210 E. 1st St.
          Santa Ana, CA 92705

10.    **Aegis**
          1440 S. Melrose Dr.
          Oceanside, CA 92056

11.    **Affinity Healthcare Center**
          7039 Alondra Blvd.
          Paramount, CA 90723

12. **Alameda Care Center**
925 W. Alameda Ave.
Burbank, CA 91506

13. **Alameda HealthCare & Wellness Center**
430 Willow St.
Alameda, CA 94501

14. **Alamitos Belmont Rehabilitation Hospital**
3901 E. 4th St.
Long Beach, CA 90814

15. **Alamitos West Convalescent Hospital**
3902 Katella Ave.
Los Alamitos, CA 90720

16. **Alcott Rehabilitation Hospital**
3551 W. Olympic Blvd.
Los Angeles, CA 90019

17. **Alden Terrace Convalescent Hospital**
1240 S. Hoover St.
Los Angeles, CA 90006

18. **Aldersly**
326 Mission Ave.
San Rafael, CA 94901

19. **Alderson Convalescent Hospital**
124 N. Walnut St.
Woodland, CA 95695

20. **Alexandria Convalescent Hospital**
1515 N. Alexandria Ave.
Los Angeles, CA 90027

21. **Alhambra Convalescent Home**
415 S. Garfield Ave.
Alhambra, CA 91801

22. **Alhambra Convalescent Hospital**
331 Ilene St.
Martinez, CA 94553

23. **Alma Via of Camarillo**
2500 Ponderosa Dr N
Camarillo, CA 93010

24.   **Alma Via of San Francisco**
      1 Thomas More Way
      San Francisco, CA 94132

25.   **Alma Via of San Rafael**
      515 Northgate Dr.
      San Rafael, CA 94903

26.   **Almaden Health & Rehab Center**
      2065 Los Gatos Almaden Rd.
      San Jose, CA 95124

27.   **Almond Avenue Residence Club**
      6135 Almond Ave.
      Orangevale, CA 95662

28.   **Almond Heights**
      8685 Greenback Ln.
      Orangevale, CA 95662

29.   **Alpine View Lodge**
      973 Arnold Way
      Alpine, CA 91901

30.   **Alta Vista Gardens**
      829 N. Alta Vista Blvd.
      Los Angeles, CA 90046

31.   **Alta Vista Healthcare**
      9020 Garfield St.
      Riverside, CA 92503

32.   **Altavita Village**
      17050 Arnold Dr.
      March Arb, CA 92518

33.   **Amaya Springs**
      8625 Lamar St.
      Spring Valley, CA 91977

34.   **Ambassador Garden Assisted Living**
      7324 Canby Ave.
      Reseda, CA 91335

35.   **Amberwood Gardens/Westgate Villa**
      1601 Petersen Ave.
      San Jose, CA 95129

36. **American River Care Center**
3900 Garfield Ave.
Carmichael, CA 95608

37. **Amore' Retirement Community**
130 Vale St.
Daly City, CA 94014

38. **Anaheim Crest Center**
3067 W. Orange Ave.
Anaheim, CA 92804

39. **Anaheim Healthcare Center**
501 S. Beach Blvd.
Anaheim, CA 92804

40. **Anaheim Royale-WeSt.**
641 S. Beach Blvd.
Anaheim, CA 92804

41. **Anaheim Terrace Care Center**
141 S. Knott Ave.
Anaheim, CA 92804

42. **Anaheime Windsor Gardens Convalescent Center**
3415 W. Ball Rd.
Anaheim, CA 92804

43. **Angels Nursing Center, Inc.**
415 S. Union Ave.
Los Angeles, CA 90017

44. **Ansel Park Senior Living**
1220 Orchid Drive
Rocklin, CA 95765

45. **Antelope Valley Care Center**
44567 15th St W
Lancaster, CA 93534

46. **Antioch Convalescent Hospital**
1210 A St.
Antioch, CA 94509

47. **Apple Ridge**
3950 Annadale Ln.
Sacramento, CA 95821

48. **Apple Valley Christian Care Center**
    11959 Apple Valley Rd.
    Apple Valley, CA 92308

49. **Applewood Care Center**
    1090 Rio Ln.
    Sacramento, CA 95822

50. **Ararat Convalescent Hospital**
    2373 Colorado Blvd.
    Los Angeles, CA 90041

51. **Ararat Home Of Los Angeles**
    15105 Mission Hills Rd.
    Mission Hills, CA 91345

52. **Arbor Glen Care Center**
    1033 E. Arrow Hwy.
    Glendora, CA 91740

53. **Arbor Hills Nursing Center**
    7800 Parkway Dr.
    La Mesa, CA 91942

54. **Arbor Palms**
    3411 W. Ball Rd.
    Anaheim, CA 92804

55. **Arbor Place Residential Care**
    17 Louie Ave.
    Lodi, CA 95240

56. **Arbor Rehab and Nursing Center**
    900 N. Church St.
    Lodi, CA 95240

57. **Arbor Senior Living**
    115 Louie Ave.
    Lodi, CA 95240

58. **Arbor Vista**
    811 E. Washington Blvd.
    Pasadena, CA 91104

59. **Arcadia Gardens Retirement Hotel**
    720 W. Camino Real Ave.
    Arcadia, CA 91007

60. **Arcadia Health Care Center**
    1601 S. Baldwin Ave.
    Arcadia, CA 91007

61. **Arcadia Place**
    1080 Arcadia Ave.
    Vista, CA 92084

62. **Arcadia Retirement Village**
    607 W. Duarte Rd.
    Arcadia, CA 91007

63. **Arcadian Residential Community**
    24647 Mohr Dr.
    Hayward, CA 94545

64. **Arden Rehab & HealthCare Center**
    3400 Alta Arden Expy.
    Sacramento, CA 95825

65. **Ardent Care**
    1665 S. Brookhurst St.
    Anaheim, CA 92804

66. **Arlington Commons**
    10849 Arlington Ave.
    Riverside, CA 92505

67. **Arlington Gardens Care Center**
    3688 Nye Ave.
    Riverside, CA 92505

68. **Arlington Riverside**
    4609 Arlington Ave.
    Riverside, CA 92504

69. **Arrowhead Home**
    4343 N. Sierra Way
    Sn Bernrdno, CA 92407

70. **Arroyo Vista Care Center**
    3022 45th St.
    San Diego, CA 92105

71. **Artesia Christian Home**
    11614 183rd St.
    Artesia, CA 90701

72. **Artesia Gardens**
6041 Kingman Ave.
Buena Park, CA 90621

73. **Artesia Windsor Palms Care Center**
11900 Artesia Blvd.
Artesia, CA 90701

74. **Asbury Park Care Center**
2257 Fair Oaks Blvd.
Sacramento, CA 95825

75. **Ashby Care Center**
2270 Ashby Ave.
Berkeley, CA 94705

76. **Asian Community Nursing Home**
7801 Rush River Dr.
Sacramento, CA 95831

77. **Asistencia Villa Rehabilitation and Care Center**
1875 Barton Rd.
Redlands, CA 92373

78. **Aspen Skilled Health & Rehab**
545 W. Beverly Pl.
Tracy, CA 95376

79. **Astor Health Center**
247 E. Bobier Dr.
Vista, CA 92084

80. **Astoria Gardens**
1960 W. Lowell Ave.
Tracy, CA 95376

81. **Astoria Nursing**
14040 Astoria St.
Sylmar, CA 91342

82. **Astoria Senior Living**
700 Laurel Ave.
Oakdale, CA 95361

83. **Atherton Baptist Homes**
214 S. Atlantic Blvd.
Alhambra, CA 91801

84. **Atherton Healthcare**
1275 Crane St.
Menlo Park, CA 94025

85. **Atlantic Memorial Healthcare Center**
2750 Atlantic Ave.
Long Beach, CA 90806

86. **Atria**
4606 Almaden Expressway
San Jose, CA 95118

87. **Auburn Oaks Care Center**
3400 Bell Rd.
Auburn, CA 95603

88. **Auburn Ravine Terrace**
750 Auburn Ravine Rd.
Auburn, CA 95603

89. **Autumn Hills Health Care Center**
430 N. Glendale Ave.
Glendale, CA 91206

90. **Avaira Healthcare**
944 Regal Rd.
Encinitas, CA 92024

91. **Avalon Care Center**
1010 Ventura Ave.
Chowchilla, CA 93610

92. **Avalon Villa**
12029 Avalon Blvd.
Los Angeles, CA 90061

93. **Avant Garde Senior Living**
5645 Lindley Ave.
Tarzana, CA 91356

94. **Avila Gardens Residence For Seniors**
1171 Encanto Pkwy.
Duarte, CA 91010

95. **Azure Plaza Village Route 66**
534 East Foothils Blvd.
Rialto, CA 92376

96. **Bakersfield Health Care Center**
730 34th St.
Bakersfield, CA 93301

97. **Balboa Nursing & Rehabilitation**
3520 4th Ave.
San Diego, CA 92103

98. **Baldwin Gardens Nursing Center**
10786 Live Oak Ave.
Temple City, CA 91780

99. **Bancroft Convalescent Hospital**
1475 Bancroft Ave.
San Leandro, CA 94577

100. **Banning Healthcare**
3476 W. Wilson St.
Banning, CA 92220

101. **Barton Memorial Skilled Nursing**
2170 South Ave.
S Lake Tahoe, CA 96150

102. **Bay Crest Care Center**
3750 Garnet St.
Torrance, CA 90503

103. **Bay Park**
2621 Appian Way
Pinole, CA 94564

104. **Bay Point Healthcare**
442 Sunset Blvd.
Hayward, CA 94541

105. **BayArea Health Care Center**
1833 10th Ave.
Oakland, CA 94606

106. **Bayberry Nursing & Healthcare**
1800 Adobe St.
Concord, CA 94520

107. **Bayside Park**
1440 40th St.
Emeryville, CA 94608

108. **Bayview Nursing and Rehab**
516 Willow St.
Alameda, CA 94501

109. **Bayview Villa-Assisted Living & Dementia**
777 Bay View Dr.
San Carlos, CA 94070

110. **Baywood Court**
21966 Dolores St.
Castro Valley, CA 94546

111. **Beach Cities Memory Care Community**
514 N. Prospect Ave.
Redondo Beach, CA 90277

112. **Beachside Nursing Center**
7781 Garfield Ave.
Huntingtn Beach, CA 92648

113. **Beacon Healthcare Center**
919 N. Sunset Ave.
West Covina, CA 91790

114. **Beechwood Post Acute and Rehab**
1340 15th St.
Santa Monica, CA 90404

115. **Bel Tooren Villa Convalescent Hospital**
16910 Woodruff Ave.
Bellflower, CA 90706

116. **Bel Vista Convalescent Hospital**
5001 E. Anaheim St.
Long Beach, CA 90804

117. **Bell Christian Home**
7571 Wyoming St.
Westminster, CA 92683

118. **Bell Convalescent Hospital**
4900 Florence Ave.
Bell, CA 90201

119. **Bella Villaggio**
40-235 Portola Avenue
Palm Desert, CA 92260

120. **Bella Vista**
    1760 N. Fair Oaks Ave.
    Pasadena, CA 91103

121. **Bella Vista Healthcare Center**
    933 E. Deodar St.
    Ontario, CA 91764

122. **Bellaken Garden & Skilled Nursing Facility**
    2780 26th Ave.
    Oakland, CA 94601

123. **Belle Orchard Post Accute Care**
    12385 Washington Blvd.
    Whittier, CA 90606

124. **Bellflower Christian Retirement Center**
    9349 Rose St.
    Bellflower, CA 90706

125. **Bellflower Convalescent Hospital**
    9710 Artesia Blvd.
    Bellflower, CA 90706

126. **Belmar Villa**
    2020 N. Weber Ave.
    Fresno, CA 93705

127. **Belmont Convalescent Hospital**
    1041 Hill St.
    Belmont, CA 94002

128. **Belmont Village Senior Living**
    300 Freedom Lane
    Aliso Viejo, CA 92656

129. **Berkeley East Convalescent Hospital**
    2021 Arizona Ave.
    Santa Monica, CA 90404

130. **Berkeley Pines Skilled Nursing Center**
    2223 Ashby Ave.
    Berkeley, CA 94705

131. **Berkeley Valley Conv. Hospital**
    6600 Sepulveda Blvd.
    Van Nuys, CA 91411

132. **Berkley West Convalescent Hospital**
1623 Arizona Ave.
Santa Monica, CA 90404

133. **Bernardine Senior Independent Living**
363 E. Gilbert St.
San Bernardino, CA 92404

134. **Bethany Home Society Of San Joaquin CO**
930 W. Main St.
Ripon, CA 95366

135. **Bethel Lutheran Home**
2280 Dockery Ave.
Selma, CA 93662

136. **Bethel Retirement Community**
2345 Scenic Dr.
Modesto, CA 95355

137. **Bethesda Christian Retirement Center**
22427 Montgomery St.
Hayward, CA 94541

138. **Beverly Hills Carmel South & North Retirement Hotels**
8750 Burton Way
West Hollywoo, CA 90048

139. **Beverly Hills Garden Care Center**
1470 S. Robertson Blvd.
Los Angeles, CA 90035

140. **Beverly Living Center - Galt**
144 F St.
Galt, CA 95632

141. **Beverly Living Center-Paragon**
1090 E. Dinuba Ave.
Reedley, CA 93654

142. **Beverly Place Memory Care Community**
330 N. Hayworth Ave.
Los Angeles, CA 90048

143. **Beverly West Healthcare**
1020 S. Fairfax Ave.
Los Angeles, CA 90019

144. **Bixby Knolls Tower**
3747 Atlantic Ave.
Long Beach, CA 90807

145. **Bloomville East Nursing Home**
3615 E. Imperial Hwy.
Lynwood, CA 90262

146. **Blossom Grove**
11116 New Jersey St.
Redlands, CA 92373

147. **Blythe Nursing Care Center**
285 W. Chanslor Way
Blythe, CA 92225

148. **Bonnie Brae Convalescent Hospital**
420 S. Bonnie Brae St.
Los Angeles, CA 90057

149. **Bradley Court**
675 E. Bradley Ave.
El Cajon, CA 92021

150. **Bradley Gardens**
980 W. 7th St.
San Jacinto, CA 92582

151. **Brandel Manor/Cypress Assisted Living**
1801 N. Olive Ave.
Turlock, CA 95382

152. **Braswell's Colonial Care**
1618 Laurel Ave.
Redlands, CA 92373

153. **Braswell's Community Convalescent Center**
13542 2nd St.
Yucaipa, CA 92399

154. **Braswell's Ivy Retreat**
2278 Nice Ave.
Mentone, CA 92359

155. **Braswell Healthcare**
620 E. Highland Ave.
Redlands, CA 92374

156. **Brentwood Nursing and Rehab**
1321 Franklin St.
Santa Monica, CA 90404

157. **Briarcrest Nursing Facility**
5648 Gotham St.
Bell Gardens, CA 90201

158. **Briarwood Healthcare**
5901 Lemon Hill Ave.
Sacramento, CA 95824

159. **BridgeCreek**
3601 E. Holt Ave.
West Covina, CA 91791

160. **BridgePoint at Los Altoj s**
1174 Los Altos Ave.
Los Altos, CA 94022

161. **Brier Oak Terrace Care Center**
5154 W. Sunset Blvd.
Los Angeles, CA 90027

162. **Brighton Convalescent Center**
1836 N. Fair Oaks Ave.
Pasadena, CA 91103

163. **Brighton Place - Spring Valley**
9009 Campo Rd.
Spring Valley, CA 91977

164. **Brighton Place San Diego**
1350 Euclid Ave.
San Diego, CA 92105

165. **Brightwater Senior Living of Highland**
28807 Baseline St.
Highland, CA 92346

166. **British Home In California Ltd.**
647 Manzanita Ave.
Sierra Madre, CA 91024

167. **Brittany House**
5401 E. Centralia St.
Long Beach, CA 90808

168. **Broadmoor Hotel, The**
1499 Sutter St.
San Francisco, CA 94109

169. **Broadview Residential Care Center**
535 W. Broadway
Glendale, CA 91204

170. **Broadway By The Sea**
2725 E. Broadway
Long Beach, CA 90803

171. **Broadway Manor Care Center**
605 W. Broadway
Glendale, CA 91204

172. **Brookdale Senior Living**
1 E. Commonwealth Ave.
Alhambra, CA 91801

173. **Brookfield HealthCare Center**
9300 Telegraph Rd.
Downey, CA 90240

174. **Brookside Healthcare Center**
105 Terracina Blvd.
Redlands, CA 92373

175. **Brookside Skilled Nursing Hospital**
2620 Flores St.
San Mateo, CA 94403

176. **Browning Manor Convalescent Hospital**
729 Browning Rd.
Delano, CA 93215

177. **Bruceville Terrace**
8151 Bruceville Rd.
Sacramento, CA 95823

178. **Buena Park Nursing Center**
8520 Western Ave.
Buena Park, CA 90620

179. **Buena Ventura Convalescent Hospital**
1016 S. Record Ave.
Los Angeles, CA 90023

180. **Buena Vista Assisted Living**
1393 S. Buena Vista St.
Hemet, CA 92543

181. **Buena Vista Care Center**
1440 S. Euclid St.
Anaheim, CA 92802

182. **Buena Vista Manor**
399 Buena Vista Ave. E
San Francisco, CA 94117

183. **Burbank Healthcare**
1041 S. Main St.
Burbank, CA 91506

184. **Burlingame**
250 Myrtle Rd.
Burlingame, CA 94010

185. **Burlingame Long Term Care**
1100 Trousdale Dr.
Burlingame, CA 94010

186. **Burlingame Villa**
1117 Rhinette Ave.
Burlingame, CA 94010

187. **Burlington Convalescent Hospital**
845 S. Burlington Ave.
Los Angeles, CA 90057

188. **Byron Park**
1700 Tice Valley Blvd.
Walnut Creek, CA 94595

189. **Cadence at Rancho Cucamonga**
10459 Church Street
Rancho Cucamunga, CA 91730

190. **Cal Oaks Senior Living**
3891 Polk St.
Riverside, CA 92505

191. **Calabasas Memory Care Community**
25100 Calabasas Rd.
Calabasas, CA 91302

192. **Caleo Bay Specialized Alzheimer's Care Center**
47805 Caleo Bay Dr.
La Quinta, CA 92253

193. **Califontaine - Pasadena Hospital**
120 Bellefontaine St.
Pasadena, CA 91105

194. **California Convalescent Center 1**
909 S. Lake St.
Los Angeles, CA 90006

195. **California Healthcare**
6700 Sepulveda Blvd.
Van Nuys, CA 91411

196. **California Mission Inn**
8417 Mission Dr.
Rosemead, CA 91770

197. **California Nursing & Rehab Center Of Palm Springs**
2299 N. Indian Canyon Dr.
Palm Springs, CA 92262

198. **California Villa Retirement**
6728 Sepulveda Blvd.
Van Nuys, CA 91411

199. **Camarillo Healthcare Center**
205 Granada St.
Camarillo, CA 93010

200. **Cambridge Court**
1621 E. Commonwealth Ave.
Fullerton, CA 92831

201. **Camden Post Acute Care**
1331 Camden Ave.
Campbell, CA 95008

202. **Camden Springs Gracious Retirement Living**
8476 Sheldon Rd.
Elk Grove, CA 95624

203. **Camellia Gardens Care Center**
1920 N. Fair Oaks Ave.
Pasadena, CA 91103

204. **Camelot, The**
800 W. Oakland Ave.
Hemet, CA 92543

205. **Camlu Assisted Living**
6037 N. Pershing Ave.
Stockton, CA 95207

206. **Campbell Village**
290 N. San Tomas Aquino Rd.
Campbell, CA 95008

207. **Campus Commons Retirement Living**
22 Cadillac Dr.
Sacramento, CA 95825

208. **Canterbury Retirement Community, The**
5801 Crestridge Rd.
Rch Palos Vrd, CA 90275

209. **Canyon Oaks Nursing & Rehabilitation Center**
22029 Saticoy St.
Canoga Park, CA 91303

210. **Canyon Springs Post Acute Care**
180 N. Jackson Ave.
San Jose, CA 95116

211. **Canyon Villas**
4282 Balboa Ave.
San Diego, CA 92117

212. **Capistrano Beach Extended Care Living Center**
35410 Del Rey
Capo Beach, CA 92624

213. **Carehouse Healthcare Center**
1800 Old Tustin Ave.
Santa Ana, CA 92705

214. **Carlin Assisted Living**
4271 Carlin Ave.
Lynwood, CA 90262

215. **Carlmont Gardens Nursing Center**
2140 Carlmont Dr.
Belmont, CA 94002

216. **Carlsbad By The Sea**
2855 Carlsbad Blvd.
Carlsbad, CA 92008

217. **Carlton Senior Living**
6915 Elk Grove Blvd.
Elk Grove, CA 95758

218. **Carmel Village**
17077 San Mateo St.
Fountain Vly, CA 92708

219. **Carmel Village at Clovis**
1650 Shaw Ave.
Clovis, CA 93611

220. **Carmel Westside**
1015 S. Orange Grove Ave.
Los Angeles, CA 90019

221. **Carmichael Windsor El Camino Care Center**
2540 Carmichael Way
Carmichael, CA 95608

222. **Carrington of Shafter**
250 E. Tulare Ave.
Shafter, CA 93263

223. **Carroll Manor**
38161 N. 90th St.
Littlerock, CA 93543

224. **Carroll's Residential Care**
655 S. Mollison Ave.
El Cajon, CA 92020

225. **Carson Senior Assisted Living**
345 E. Carson St.
Carson, CA 90745

226. **Casa Al Dea**
14740 Via Fiesta
San Diego, CA 92127

227. **Casa Bonita Convalescent Hospital**
535 E. Bonita Ave.
San Dimas, CA 91773

228. **Casa Coloma Health Care Center**
10410 Coloma Rd.
Rncho Cordova, CA 95670

229. **Casa de las Campanas**
18655 W. Bernardo Dr.
San Diego, CA 92127

230. **Casa De Manana**
849 Coast Blvd.
La Jolla, CA 92037

231. **Casa de Modesto Retirement Center**
1745 Eldena Way
Modesto, CA 95350

232. **Casa El Cajon**
306 Shady Ln.
El Cajon, CA 92021

233. **Casa Grande Assisted Living**
347 East Walnut
Visalia, CA 93277

234. **Casa on the Peninsula**
555 Glenwood Ave.
Menlo Park, CA 94025

235. **Casa Sandoval**
1200 Russell Way
Hayward, CA 94541

236. **Casitas Care Center**
10626 Balboa Blvd.
Granada Hills, CA 91344

237. **Castle Manor Nursing & Rehabilitation Center**
541 S. V Ave.
National City, CA 91950

238. **Catered Manor**
4010 N. Virginia Rd.
Long Beach, CA 90807

239. **Cedar Creek Alzheimers and Dementia Care Center**
15245 National Ave.
Los Gatos, CA 95032

240. **Cedar Creek Senior Living**
500 N. Westberry Blvd.
Madera, CA 93637

241. **Cedar Crest Nursing Rehabilitation**
797 E. Fremont Ave.
Sunnyvale, CA 94087

242. **Cedar Mountain Post Acute**
11970 4th St.
Yucaipa, CA 92399

243. **Cedarbrook Memory Care Community**
1425 E. Nees Ave.
Fresno, CA 93720

244. **Center At Park WeSt.**
6740 Wilbur Ave.
Reseda, CA 91335

245. **Centinela Valley Care Center - EaSt.**
1001 S. Osage Ave.
Inglewood, CA 90301

246. **Centinela Valley Care Center - WeSt.**
950 S. Flower St.
Inglewood, CA 90301

247. **Central Gardens Convalescent**
1355 Ellis St.
San Francisco, CA 94115

248. **Century Health**
301 Centinela Ave.
Inglewood, CA 90302

249. **Chandler Convalescent Hospital**
525 S. Central Ave.
Glendale, CA 91204

250. **Channing House**
850 Webster St.
Palo Alto, CA 94301

251. **Chaparral House**
1309 Allston Way
Berkeley, CA 94702

252. **Chapman Convalescent Hospital**
4301 Caroline Ct
Riverside, CA 92506

253. **Chapman Harbor Skilled Nursing Center**
12232 Chapman Ave.
Garden Grove, CA 92840

254. **Chateau at Harveston, The**
40024 Harveston Dr.
Temecula, CA 92591

255. **Chateau Cupertino Retirement Residence**
10150 Torre Ave.
Cupertino, CA 95014

256. **Chateau La Jolla Inn**
233 Prospect St.
La Jolla, CA 92037

257. **Chatsworth Park HealthCare Center**
10610 Owensmouth Ave.
Chatsworth, CA 91311

258. **Cherry Valley Healthcare**
5800 W. Wilson St.
Banning, CA 92220

259. **Cheviot Hills Golden Manor**
3535 Overland Ave.
Los Angeles, CA 90034

260. **Chino Valley Healthcare**
2351 S. Towne Ave.
Pomona, CA 91766

261. **Chowchilla Skilled Nursing and Rehabilitation Facility**
1104 Ventura Ave.
Chowchilla, CA 93610

262. **Citrus Court**
161 N. Hemet St.
Hemet, CA 92544

263. **Citrus Heights Terrace**
7952 Old Auburn Rd.
Citrus Hts, CA 95610

264. **Citrus Hills Assisted Living**
142 S. Prospect St.
Orange, CA 92869

265. **Citrus Nursing Center**
9440 Citrus Ave.
Fontana, CA 92335

266. **City View Villa**
515 N. La Brea Ave.
Los Angeles, CA 90036

267. **Clare Baldwin Stocker Home For Women-Clara Baldwin Stocker**
527 S. Valinda Ave.
West Covina, CA 91790

268. **Claremont Care Center**
219 E. Foothill Blvd.
Pomona, CA 91767

269. **Claremont Manor**
650 Harrison Ave.
Claremont, CA 91711

270. **Claremont Place**
120 W. San Jose Ave.
Claremont, CA 91711

271. **Clear View Convalescent**
15823 S. Western Ave.
Gardena, CA 90247

272. **Clearwater at North Tustin**
11901 Newport Avenue
North Tustin, CA 92705

273. **Cloisters Of The Valley**
4171 Camino Del Rio S
San Diego, CA 92108

274. **Coast Care Convalescent Center**
14518 Los Angeles St.
Baldwin Park, CA 91706

275. **Coastal View Healthcare**
4904 Telegraph Rd.
Ventura, CA 93003

276. **College Oak Nursing & Rehabilitation**
4635 College Oak Dr.
Sacramento, CA 95841

277. **College Vista Convalescent Hospital**
4681 Eagle Rock Blvd.
Los Angeles, CA 90041

278. **Collwood**
5308 Monroe Ave.
San Diego, CA 92115

279. **Colonial Care Center**
1913 E. 5th St.
Long Beach, CA 90802

280. **Columbus Estates**
3201 Columbus St.
Bakersfield, CA 93306

281. **Commonwealth Royale Guest Home**
150 S. Commonwealth Ave.
Los Angeles, CA 90004

282. **Community Care**
3672 N. 1st St.
Fresno, CA 93726

283. **Community Care And Rehabilitation**
4070 Jurupa Ave.
Riverside, CA 92506

284. **Community Care Center**
8665 La Mesa Blvd.
La Mesa, CA 91942

285. **Community Care on Palm**
4768 Palm Ave.
Riverside, CA 92501

286. **Community Extended Care of Montclair**
9620 Fremont Ave.
Montclair, CA 91763

287. **Community Living Center Fresno**
3003 N. Mariposa St.
Fresno, CA 93703

288. **Concord Royale**
4230 Clayton Rd.
Concord, CA 94521

289. **Corinthian House**
250 Budd Ave.
Campbell, CA 95008

290. **Cornerstone Assisted Living**
40 Orange Tree Circle
Vacaville, CA 95687

291. **Corona Health Care Center**
1400 Circle City Dr.
Corona, CA 92879

292. **Corona Post Acute**
2600 S. Main St.
Corona, CA 92882

293. **Coronado Retirement Village**
299 Prospect Pl.
Coronado, CA 92118

294. **Cortona Park**
150 Cortona Way
Brentwood, CA 94513

295. **Cottonwood Canyon Healthcare Center**
1391 E. Madison Ave.
El Cajon, CA 92021

296. **Cottonwood Court**
7442 N. Millbrook Ave.
Fresno, CA 93720

297. **Cottonwood Healthcare Center**
625 Cottonwood St.
Woodland, CA 95695

298. **Country Club Guest Home**
25533 Rua Michelle
Escondido, CA 92026

299. **Country Club Manor**
2100 Butano Dr.
Sacramento, CA 95825

300. **Country Hills Health Care Center**
1580 Broadway
El Cajon, CA 92021

301. **Country Inn Of Downey**
11111 Myrtle St.
Downey, CA 90241

302. **Country Manor**
5696 Lake Murray Blvd.
La Mesa, CA 91942

303. **Country Oaks Nursing Center**
215 W. Pearl St.
Pomona, CA 91768

304. **Country View Retirement Home**
824 W. Cameron Ave.
West Covina, CA 91790

305. **Country Villa Health Services**
5901 Downey Ave.
Long Beach, CA 90805

306. **CountryHouse at Broadstone**
Iron Point Road and Oak Avenue Parkway
Folsom, CA 95630

307. **CountryHouse Granite Bay**
8485 Barton Road
Granite Bay, CA 95746

308. **Courtyard Care Center**
1880 Dawson Ave.
Signal Hill, CA 90755

309. **Covenant Care of Turlock**
1111 E. Tuolumne Rd.
Turlock, CA 95382

310. **Covenant Village Of Turlock**
2125 N. Olive Ave.
Turlock, CA 95382

311. **Coventry Court Health Center**
2040 S. Euclid St.
Anaheim, CA 92802

312. **Coventry Place**
1550 Sutter St.
San Francisco, CA 94109

313. **Covina**
825 W. San Bernardino Rd.
Covina, CA 91722

314. **Covina Care Center Incorporated**
261 W. Badillo St.
Covina, CA 91723

315. **Creekside Care Center**
9107 Davis Rd.
Stockton, CA 95209

316. **Creekside Healthare Center**
1900 Church Ln.
San Pablo, CA 94806

317. **Creekside Manor**
35253 Avenue H
Yucaipa, CA 92399

318. **Creekside Oaks**
1715 Creekside Dr.
Folsom, CA 95630

319. **Creekview Health Center**
2900 Stoneridge Dr.
Pleasanton, CA 94588

320. **Creekwood Senior Home**
830 Tamalpais Ave.
Novato, CA 94947

321. **Crenshaw Nursing Home**
1900 S. Longwood Ave.
Los Angeles, CA 90016

322. **Crescendo Senior Living of Placentia**
351 E. Palm Dr.
Placentia, CA 92870

323. **Crescent Villa Care Home**
147 Crescent Ave.
Sunnyvale, CA 94087

324. **Crestavilla**
30111 Niguel Rd.
Laguna Niguel, CA 92677

325. **Crestview Manor Inc**
350 S. Vine St.
Escondido, CA 92025

326. **Crofton Manor Inn**
1950 E. 5th St.
Long Beach, CA 90802

327. **Crosswood Oaks**
6650 Crosswoods Cir
Citrus Hts, CA 95621

328. **Crown Bay Nursing and Rehab**
508 Westline Dr.
Alameda, CA 94501

329. **Crown Cove**
3901 Ca-1
Corona Dl Mar, CA 92625

330. **Crystal Cove Care Center**
1445 Superior Ave.
Newport Beach, CA 92663

331. **Culver West Convalescent Hospital**
4035 Grand View Blvd.
Los Angeles, CA 90066

332. **Cypress at  Golden Gate**
1601 19th Ave.
San Francisco, CA 94122

333. **Cypress Court Escondido**
1255 N. Broadway
Escondido, CA 92026

334. **Cypress Gardens Convalescent Hospital**
9025 Colorado Ave.
Riverside, CA 92503

335. **Cypress Meadows**
3950 Lone Tree Way
Antioch, CA 94509

336. **Cypress Place Senior Living**
1200 Cypress Point Ln.
Ventura, CA 93003

337. **Dale Commons**
3900 Dale Rd.
Modesto, CA 95356

338. **Daly City**
501 King Dr.
Daly City, CA 94015

339. **Danville Post Acute**
336 Diablo Rd.
Danville, CA 94526

340. **Deer Park  Retirement Community**
646 Canyon Rd.
Novato, CA 94947

341. **Del Amo Gardens Convalescent Center**
22419 Kent Ave.
Torrance, CA 90505

342. **Del Mar Convalescent Hospital**
3136 Del Mar Ave.
Rosemead, CA 91770

343. **Del Mar Park**
990 E. Del Mar Blvd.
Pasadena, CA 91106

344. **Del Obispo Terrace Senior Living**
32200 Del Obispo St.
San Juan Capo, CA 92675

345. **Del Rey**
8825 Baseline Rd.
Rch Cucamonga, CA 91730

346. **Del Rio Convalescent and Gardens Care Center**
7002 Gage Ave. # 4
Bell Gardens, CA 90201

347. **Del Rosa Villa**
2018 Del Rosa Ave.
Sn Bernrdno, CA 92404

348. **Del Sol**
23792 Marguerite Pkwy.
Mission Viejo, CA 92692

349. **Delano District Skilled Nursing Facility**
1509 Tokay St.
Delano, CA 93215

350. **Desert Cove Assisted Living at Desert Hot Springs**
13660 Mountain View Road
Desert Hot Springs, CA 92240

351. **Desert Hills Memory Care**
25818 Columbia St.
Hemet, CA 92544

352. **Desert Knolls Convalescent Hospital**
14973 Hesperia Rd.
Victorville, CA 92395

353. **Desert Springs**
82262 Valencia Ave.
Indio, CA 92201

354. **Devonshire Care Center**
1350 E. Devonshire Ave.
Hemet, CA 92544

355. **Devonshire Oaks Nursing Center**
3635 Jefferson Ave.
Redwood City, CA 94062

356. **Diamond Ridge Healthcare Center**
2351 Loveridge Rd.
Pittsburg, CA 94565

357. **Diamond Terrace**
6401 Center St Apt 106
Clayton, CA 94517

358. **Downey Care Center**
13007 Paramount Blvd.
Downey, CA 90242

359. **Downey Community Health Center**
8425 Iowa St.
Downey, CA 90241

360. **Downey Retirement Center**
   11500 Dolan Ave.
   Downey, CA 90241

361. **Drake Terrace at San Rafael**
   275 Los Ranchitos Rd.
   San Rafael, CA 94903

362. **Dreier's Nursing Care Center**
   1400 W. Glenoaks Blvd.
   Glendale, CA 91201

363. **Driftwood Healthcare Center - HaywaRd.**
   19700 Hesperian Blvd.
   Hayward, CA 94541

364. **Driftwood Healthcare Center - Torrance**
   4109 Emerald St.
   Torrance, CA 90503

365. **Dycora Quail Lake**
   1221 Rosemarie Ln.
   Stockton, CA 95207

366. **Dycora Transitional Health & Living**
   925 N. Cornelia Ave.
   Fresno, CA 93706

367. **Earlwood Skilled Care Center, The**
   20820 Earl St.
   Torrance, CA 90503

368. **East Los Angeles Convalescent Hospital**
   101 S. Fickett St.
   Los Angeles, CA 90033

369. **Eastern Star Homes of California**
   16850 Bastanchury Rd.
   Yorba Linda, CA 92886

370. **Eastland Sub-acute and Rehab Center**
   3825 Durfee Ave.
   El Monte, CA 91732

371. **Eden Villa**
   19960 Santa Maria Ave.
   Castro Valley, CA 94546

372. **Edgemoor DPSNS**
655 Park Center Dr.
Santee, CA 92071

373. **Edgewater Convalescent Hospital**
2625 E. 4th St.
Long Beach, CA 90814

374. **Eisenberg Village Of The Jewish Homes**
18855 Victory Blvd.
Reseda, CA 91335

375. **Eisenhower Nursing**
1470 N. Fair Oaks Ave.
Pasadena, CA 91103

376. **El Cerrito Royale**
6510 Gladys Ave.
El Cerrito, CA 94530

377. **El Dorado Care Center, LLC**
510 E. Washington Ave.
El Cajon, CA 92020

378. **El Dorado Estates Gracious Retirement Living**
4240 Town Center Blvd.
El Dorado Hills, CA 95762

379. **El Encanto Convalescent Hospital**
555 El Encanto Rd.
Hacienda Hts, CA 91745

380. **El Monte Convalescent Hospital**
4096 Easy St.
El Monte, CA 91731

381. **El Rancho Vista Healthcare Center**
8925 Mines Ave.
Pico Rivera, CA 90660

382. **Elders Inn Assisted Living**
1721 Webster St.
Alameda, CA 94501

383. **Eldorado Oaks**
1771 S. Grand Ave.
Glendora, CA 91740

384. **Elim Place**
1808 5th St.
Sanger, CA 93657

385. **Elmcrest Convalescent Hospital**
3111 Santa Anita Ave.
S El Monte, CA 91733

386. **Elmcroft Senior Living**
1325 Las Villas Way
Escondido, CA 92026

387. **Elms Convalescent Hospital**
212 W. Chevy Chase Dr.
Glendale, CA 91204

388. **Elms Residential Care**
67 E. Barnett St.
Ventura, CA 93001

389. **Elmwood Nursing & Rehab**
2829 Shattuck Ave.
Berkeley, CA 94705

390. **Elness Convalescent Hospital**
812 W. Main St.
Turlock, CA 95380

391. **Emerald City**
205 E. Los Feliz Rd.
Glendale, CA 91205

392. **Emerald Court**
1731 W. Medical Center Dr.
Anaheim, CA 92801

393. **Emerald Gardens Nursing Center**
6821 24th St.
Sacramento, CA 95822

394. **Emerald Terrace Convalescent Hospital**
1154 S. Alvarado St.
Los Angeles, CA 90006

395. **Empire Ranch Alzheimer's Special Care Center**
1801 E. Natoma St.
Folsom, CA 95630

396. **Empres Post Acute Rehabilitation**
300 Douglas Street
Petaluma, CA 94952

397. **Empress Care Center**
1299 S. Bascom Ave.
San Jose, CA 95128

398. **Empress Rehabilitation Center**
1020 Termino Ave.
Long Beach, CA 90804

399. **Encinitas Memory Care Community**
335 Saxony Rd.
Encinitas, CA 92024

400. **Encinitas Nursing & Rehabilitation Center**
900 Santa Fe Dr.
Encinitas, CA 92024

401. **Encino Terrace Senior Living**
16025 Ventura Blvd.
Encino, CA 91436

402. **English Oaks Nursing & Rehabilitation Center**
2633 W. Rumble Rd.
Modesto, CA 95350

403. **Ensign Services**
3680 Reynard Way
San Diego, CA 92103

404. **Escondido Memory Care Community**
1500 Borden Rd.
Escondido, CA 92026

405. **Escondido Post Acute**
421 E. Mission Ave.
Escondido, CA 92025

406. **Eskaton**
11300 Fair Oaks Blvd.
Fair Oaks, CA 95628

407. **Estancia Del Sol**
2489 California Ave.
Corona, CA 92881

408. **Evergreen Arvin Post Acute Care**
323 Campus Dr.
Arvin, CA 93203

409. **Evergreen Bakersfield Post Acute**
6212 Tudor Way
Bakersfield, CA 93306

410. **Evergreen Castro Valley Healthcare**
20259 Lake Chabot Rd.
Castro Valley, CA 94546

411. **Evergreen Chateau**
13530 Sherman Way
Van Nuys, CA 91405

412. **Evergreen New Hope Healthcare Center**
2586 Buthmann Ave.
Tracy, CA 95376

413. **Evergreen Rehab & Care Center**
2030 Evergreen Ave.
Modesto, CA 95350

414. **Evergreen Residence Assisted Living and Alzheimer's Care**
3030 West Caldwell Ave.
Visalia, CA 93277

415. **Evergreen Retirement Home**
225 N. Evergreen St.
Burbank, CA 91505

416. **Evergreen Valley**
4463 San Felipe Rd.
San Jose, CA 95135

417. **Excell Health Care Center**
3025 High St.
Oakland, CA 94619

418. **Extended Care Hospital Of Riverside**
8171 Magnolia Ave.
Riverside, CA 92504

419. **Fair Oaks Estates**
8845 Fair Oaks Blvd.
Carmichael, CA 95608

420. **Fairmont Rehabilitation**
950 S. Fairmont Ave.
Lodi, CA 95240

421. **Fairveiw Commons**
2283 Fairview Rd.
Costa Mesa, CA 92627

422. **Fairwinds - West Hills**
8138 Woodlake Ave.
Canoga Park, CA 91304

423. **Fairwinds - Woodward Park**
9525 N. Fort Washington Rd.
Fresno, CA 93730

424. **Fairwinds Ivey Ranch**
4490 Mesa Dr.
Oceanside, CA 92056

425. **Fallbrook Glen of West Hills**
6833 Fallbrook Ave.
West Hills, CA 91307

426. **Fallbrook Skilled Nursing**
325 Potter St.
Fallbrook, CA 92028

427. **Family CourtyaRd.**
2840 Salesian Ave.
Richmond, CA 94804

428. **Felicita Vida**
930 Monticello Dr.
Escondido, CA 92029

429. **Fig Garden**
6035 N. Marks Ave.
Fresno, CA 93711

430. **Fillmore Country Club**
827 River St.
Fillmore, CA 93015

431. **Fine Gold Manor**
10537 Magnolia Blvd.
N Hollywood, CA 91601

432. **Fireside Convalescent Hospital**
947 3rd St.
Santa Monica, CA 90403

433. **Flagship Healthcare Center**
466 Flagship Rd.
Newport Beach, CA 92663

434. **Florin Health Care Center**
7400 24th St.
Sacramento, CA 95822

435. **Folsom Convalescent Hospital**
510 Mill St.
Folsom, CA 95630

436. **Foothill Retirement Care Home**
6720 Saint Estaban St.
Tujunga, CA 91042

437. **Fountain Care Center**
1835 W. La Veta Ave.
Orange, CA 92868

438. **Fountain Gardens Convalescent Hospital**
2222 Santa Ana S
Los Angeles, CA 90059

439. **Fountain Senior  Assisted Living**
1800 W. Culver Ave.
Orange, CA 92868

440. **Fountain View Convalescent Hospital**
5310 Fountain Ave.
Los Angeles, CA 90029

441. **Fountaingrove Lodge**
4210 Thomas Lake Harris Dr.
Santa Rosa, CA 95403

442. **Fountainview at Gonda Westside**
12490 Fielding Cir
Playa Vista, CA 90094

443. **Four Seasons Healthcare and Wellness Center**
5335 Laurel Canyon Blvd.
Valley Vlg, CA 91607

444. **FRANCISCAN CONVALESCENT HOSPITAL**
3169 M St.
Merced, CA 95348

445. **Fredericka Manor**
183 3rd Ave.
Chula Vista, CA 91910

446. **Freedom Village**
23442 El Toro Rd.
Lake Forest, CA 92630

447. **Freemont Retirement Community**
2860 Country Dr.
Fremont, CA 94536

448. **Fremont HealthCare Center**
39022 Presidio Way
Fremont, CA 94538

449. **Fremont Hills Assisted Living**
35490 Mission Blvd.
Fremont, CA 94536

450. **Fremont Village**
38801 Hastings St.
Fremont, CA 94536

451. **French Park Care Center**
600 E. Washington Ave.
Santa Ana, CA 92701

452. **Fresno Post Acute**
1233 A St.
Fresno, CA 93706

453. **Friends House**
684 Benicia Dr.
Santa Rosa, CA 95409

454. **Fruitvale Healthcare Center**
3020 E. 15th St.
Oakland, CA 94601

455. **Fullerton  Healthcare Center**
2222 N. Harbor Blvd.
Fullerton, CA 92835

456. **Fullerton Gardens**
    1510 E. Commonwealth Ave.
    Fullerton, CA 92831

457. **Fullerton Hills Residential Manor**
    2441 W. Orangethorpe Ave.
    Fullerton, CA 92833

458. **Fullerton Windsor Gardens Care Center**
    245 E. Wilshire Ave.
    Fullerton, CA 92832

459. **Gables of Ojai**
    701 N. Montgomery St.
    Ojai, CA 93023

460. **Garden City Health Care Center**
    1310 W. Granger Ave.
    Modesto, CA 95350

461. **Garden Crest Rehab Center**
    889 Lucile Ave.
    Los Angeles, CA 90026

462. **Garden Grove Convalescent Hospital**
    12882 Shackelford Ln.
    Garden Grove, CA 92841

463. **Garden Of Palms**
    1025 N. Fairfax Ave.
    West Hollywood, CA 90046

464. **Garden Park Care Center**
    12681 Haster St.
    Garden Grove, CA 92840

465. **Garden Silver Town**
    2830 Francis Ave.
    Los Angeles, CA 90005

466. **Garden View Care Center**
    14475 Garden View Ln.
    Baldwin Park, CA 91706

467. **Gardena Convalescent Center**
    14819 S. Vermont Ave.
    Gardena, CA 90247

468. **Gardena Retirement Center**
14741 S. Vermont Ave.
Gardena, CA 90247

469. **Gardens At Park Balboa**
7046 Kester Ave.
Van Nuys, CA 91405

470. **Gateway Care**
26660 Patrick Ave.
Hayward, CA 94544

471. **Gateway Gardens**
12750 Gateway Park Rd.
Poway, CA 92064

472. **Gateway Post Acute**
661 W. Poplar Ave.
Porterville, CA 93257

473. **Genesis Rio Hondo Convalescent, Inc**
273 E. Beverly Blvd.
Montebello, CA 90640

474. **Gilroy Healthcare Center and Rehab**
8170 Murray Ave.
Gilroy, CA 95020

475. **Gladstone Care And Rehabilitation Center**
435 E. Gladstone St.
Glendora, CA 91740

476. **Glen Park at Long Beach**
1046 E. 4th St.
Long Beach, CA 90802

477. **Glen Park at Monrovia**
110 N. Mountain Ave.
Monrovia, CA 91016

478. **Glen Park EaSt.**
1250 Boynton St.
Glendale, CA 91205

479. **Glen Park WeSt.**
1220 Mariposa St.
Glendale, CA 91205

480. **Glen Terra**
917 N. Louise St.
Glendale, CA 91207

481. **Glendale Healthcare**
1208 S. Central Ave.
Glendale, CA 91204

482. **Glendora Grande**
805 W. Arrow Hwy.
Glendora, CA 91740

483. **Glenoaks Convalescent Hospital**
409 W. Glenoaks Blvd.
Glendale, CA 91202

484. **Glenwood Care and Rehabilitation Center**
1300 N. C St.
Oxnard, CA 93030

485. **Gold Country Retirement & Health Care Center**
4301 Golden Center Dr.
Placerville, CA 95667

486. **Gold Star HealthCare of Englewood**
515 Centinela Ave.
Inglewood, CA 90302

487. **Golden Acres Home and Care**
1101 California Street
Escalon, CA 95320

488. **Golden Castle Assisted Living**
2607 Mount Vernon Ave.
Bakersfield, CA 93306

489. **Golden Cross Health Care**
1450 N. Fair Oaks Ave.
Pasadena, CA 91103

490. **Golden HAve.n**
2324 Lever Blvd.
Stockton, CA 95206

491. **Golden Heritage Senior Living**
1275 N. 14th St.
San Jose, CA 95112

492. **Golden Hill Subacute and Rehab Center**
1201 34th St.
San Diego, CA 92102

493. **Golden Hills**
10161 HillhAve.n Ave.
Tujunga, CA 91042

494. **Golden Living Center**
2740 N. California St.
Stockton, CA 95204

495. **Golden Manor Retirement Center**
1109 W. Beverly Blvd.
Montebello, CA 90640

496. **Golden Meadows**
3863 W. Ramsey St.
Banning, CA 92220

497. **Golden Oaks**
33398 Oak Glen Rd.
Yucaipa, CA 92399

498. **Golden Pond Retirement Community**
3415 Mayhew Rd.
Sacramento, CA 95827

499. **Golden Star Health Care Center**
21820 Craggy View St.
Chatsworth, CA 91311

500. **Golden State Colonial Conv. Hosp.**
10830 Oxnard St.
N Hollywood, CA 91606

501. **Golden View Guest Home**
5466 W. Wilson St.
Banning, CA 92220

502. **GOLDEN YEARS RESIDENTIAL CARE HOME**
160 S. 13th St.
Chowchilla, CA 93610

503. **Good Samaritan Rehabilitation and Care Center**
1630 N. Edison St.
Stockton, CA 95204

504. **Good Samaritan Retirement Center**
1515 Jamacha Way
El Cajon, CA 92019

505. **Good Shepherd Health Care Center Of Santa Monica**
1131 Arizona Ave.
Santa Monica, CA 90401

506. **Gordon Lane Convalescent Hospital**
1821 E. Chapman Ave.
Fullerton, CA 92831

507. **Gordon Manor**
1616 Gordon St.
Redwood City, CA 94061

508. **GRACE HOME INC.**
13435 Peach Ave.
Livingston, CA 95334

509. **Gramercy Court**
2200 Gramercy Dr.
Sacramento, CA 95825

510. **Granada Hills Convalescent Hospital**
16123 Chatsworth St.
Granada Hills, CA 91344

511. **Grand Avenue Healthcare Wellness**
1730 Grand Ave.
Long Beach, CA 90804

512. **Grand Lake Gardens**
401 Santa Clara Ave.
Oakland, CA 94610

513. **Grand Park Convalescent Hospital**
2312 W. 8th St.
Los Angeles, CA 90057

514. **Grand River Care Center**
509 Michigan Blvd.
W Sacramento, CA 95691

515. **Grand Terrace Care Center**
12000 Mt Vernon Ave.
Grand Terrace, CA 92313

516. **Grand Valley Healthcare**
13524 Sherman Way
Van Nuys, CA 91405

517. **Grandview Manor**
4411 Chicago Ave.
Riverside, CA 92507

518. **Grandview Retirement Residence**
2211 W. 6th St.
Los Angeles, CA 90057

519. **Granite Bay Memory Care**
6400 Douglas Blvd.
Granite Bay, CA 95746

520. **Granite Hills Convalescent Home**
1340 E. Madison Ave.
El Cajon, CA 92021

521. **Grant Cuesta Subacute and Rehab Center**
1949 Grant Rd.
Mountain View, CA 94040

522. **Green Acres Lodge**
8101 Hill Dr.
Rosemead, CA 91770

523. **Greenfield Care Center**
118 B St.
Fillmore, CA 93015

524. **GreenhAve.n Estates Assisted Living and Memory Care**
7548 GreenhAve.n Dr.
Sacramento, CA 95831

525. **GreenhAve.n Place**
6350 Riverside Blvd.
Sacramento, CA 95831

526. **Greenhills Manor**
238 Virginia Ave.
Campbell, CA 95008

527. **Greenridge Senior Care**
2150 Pyramid Dr.
El Sobrante, CA 94803

528. **Greensville Care Center**
330 W. Bastanchury Rd.
Fullerton, CA 92835

529. **Greenwoods Assisted Living**
233 W. End Ave.
San Rafael, CA 94901

530. **Griffin Plaza**
3921 Cochran St.
Simi Valley, CA 93063

531. **Griffith Park**
201 Allen Ave.
Glendale, CA 91201

532. **Groves of Tustin**
1262 Bryan Ave.
Tustin, CA 92780

533. **Guardian Rehabilitation Hospital, Inc**
533 S. Fairfax Ave.
Los Angeles, CA 90036

534. **Hacienda**
44600 Monterey Ave.
Palm Desert, CA 92260

535. **Hacienda Grande Assisted Living Center**
1740 Grand Ave.
Long Beach, CA 90804

536. **Hacienda Rehab & Healthcare Center**
361 E. Grangeville Blvd.
Hanford, CA 93230

537. **Hallmark At Palm Springs, The**
344 N. Sunrise Way
Palm Springs, CA 92262

538. **Hallmark of Bakersfield**
2001 Akers Rd.
Bakersfield, CA 93309

539. **HAMPSHIRE, THE**
3460 R St.
Merced, CA 95348

540. **Hanford Post Acute**
1007 W. Lacey Blvd.
Hanford, CA 93230

541. **Harbor Care Center**
21521 S. Vermont Ave.
Torrance, CA 90502

542. **Harbor Terrace Retirement Center Of San Pedro LLC**
435 W. 8th St.
San Pedro, CA 90731

543. **Harbor View Senior Living**
2360 Albatross St.
San Diego, CA 92101

544. **Harbor Villa Care Center**
861 S. Harbor Blvd.
Anaheim, CA 92805

545. **Hawthorne Healthcare & Wellness Center**
11630 Grevillea Ave.
Hawthorne, CA 90250

546. **Hawthorne Windsor Gardens Convalescent Center**
13922 Cerise Ave.
Hawthorne, CA 90250

547. **Hayes Convalescent Hospital**
1250 Hayes St.
San Francisco, CA 94117

548. **Hayward Convalescent Hospital**
1832 B St.
Hayward, CA 94541

549. **Hayward Convalscent**
21863 Vallejo St.
Hayward, CA 94541

550. **Hayward Health Care Center**
1805 West St.
Hayward, CA 94545

551. **Hayward Hills HealthCare Center**
1768 B St.
Hayward, CA 94541

552. **Hayworth Terrace Retirement**
325 N. Hayworth Ave.
Los Angeles, CA 90048

553. **Healdsburg Senior Living Community**
725 Grove St.
Healdsburg, CA 95448

554. **Healthcare Center of Fresno**
1665 M St.
Fresno, CA 93721

555. **Healthview Terrace**
3540 Martin Luther King Jr Blvd.
Lynwood, CA 90262

556. **Heatherwood Memory Care**
1315 Mt Pisgah Rd.
Walnut Creek, CA 94596

557. **Height Street Skilled Care**
1611 Height St.
Bakersfield, CA 93305

558. **Henrietta's Leven Oaks by Serenity Care Health**
120 S. Myrtle Ave.
Monrovia, CA 91016

559. **Heritage Crossing**
2792 E. Alluvial Ave.
Clovis, CA 93611

560. **Heritage Estates Campus**
900 E. Stanley Blvd.
Livermore, CA 94550

561. **Heritage Gardens Health**
25271 Barton Rd.
Loma Linda, CA 92354

562. **Heritage Hills of Oceanside**
2108 S. El Camino Real
Oceanside, CA 92054

563. **Heritage Manor**
610 N. Garfield Ave.
Monterey Park, CA 91754

564.  **Heritage on the Marina**
      3400 Laguna St.
      San Francisco, CA 94123

565.  **Heritage Park Nursing Center & Heritage Court Assisted Living**
      275 Garnet Way
      Upland, CA 91786

566.  **Heritage Pointe**
      27356 Bellogente
      Mission Viejo, CA 92691

567.  **Heritage Rehabilitation Center**
      21414 S. Vermont Ave.
      Torrance, CA 90502

568.  **Herman Healthcare Center, The**
      2295 Plummer Ave.
      San Jose, CA 95125

569.  **Hesperia Senior Campus**
      17581 Sultana St.
      Hesperia, CA 92345

570.  **Hi-Desert Continuing Care Center**
      6722 White Feather Rd.
      Joshua Tree, CA 92252

571.  **High Desert HAve.n**
      1240 College Heights Blvd.
      Ridgecrest, CA 93555

572.  **High Valley Lodge**
      7912 Topley Ln.
      Sunland, CA 91040

573.  **Highgate at Temecula**
      42301 Moraga Road
      Temecula, CA 92591

574.  **Highland Palm Health**
      7534 Palm Ave.
      Highland, CA 92346

575.  **Highland Park Skilled Nursing**
      5125 Monte Vista St.
      Los Angeles, CA 90042

576. **Highlander Senior Residence**
2525 Highland Ave.
National City, CA 91950

577. **Highlands Care Center Redlands**
700 E. Highland Ave.
Redlands, CA 92374

578. **HillcreSt.**
405 Hodencamp Rd.
Thousand Oaks, CA 91360

579. **Hillcrest Homes & Woods Health Services**
2705 Mountain View Dr.
La Verne, CA 91750

580. **Hillcrest Royale**
190 E. Hillcrest Dr.
Thousand Oaks, CA 91360

581. **HillhAve.n - Sherwood Convalescent Hospital**
4700 Elvas Ave.
Sacramento, CA 95819

582. **Hillsdale**
2883 S. Norfolk St.
San Mateo, CA 94403

583. **Hillside Senior Care**
38650 Mission Blvd.
Fremont, CA 94536

584. **Hillview Convalescent Hospital**
530 W. Dunne Ave.
Morgan Hill, CA 95037

585. **Holiday Manor Nursitarium**
20554 Roscoe Blvd.
Winnetka, CA 91306

586. **Holiday Villa EaSt.**
1447 17th St.
Santa Monica, CA 90404

587. **Hollenbeck Palms**
573 S. Boyle Ave.
Los Angeles, CA 90033

588. **Hollybrook Senior Living of Orange**
2025 N. Bush St.
Santa Ana, CA 92706

589. **Hollywood Royale Guest Home**
6054 Franklin Ave.
Los Angeles, CA 90028

590. **Home Sweet Home**
1560 Bryant St.
Daly City, CA 94015

591. **Hopkin's Manor**
1235 Hopkins Ave.
Redwood City, CA 94062

592. **Horizon Gardens Senior Living**
67670 Carey Road
Cathredral City, CA 92234

593. **Hospitality House**
5400 Kiernan Ave.
Salida, CA 95368

594. **Huntington Park Convalescent Center**
6425 Miles Ave.
Huntington Pk, CA 90255

595. **Huntington Residential Retirement Hotel**
20920 Earl St.
Torrance, CA 90503

596. **Huntington Terrace**
18800 Florida St.
Huntingtn Beach, CA 92648

597. **Huntington Valley Healthcare Center**
8382 Newman Ave.
Huntingtn Beach, CA 92647

598. **Hyde Park Convalescent Hospital**
6520 West Blvd.
Los Angeles, CA 90043

599. **Hy-Lond Health Care**
1900 Coffee Rd.
Modesto, CA 95355

600. **Idle Acre Sanitarium And Convalescent Hospital**
5044 Buffington Rd.
El Monte, CA 91732

601. **Idylwood Care Center**
1002 W. Fremont Ave.
Sunnyvale, CA 94087

602. **Imperial Care**
11441 Ventura Blvd.
Studio City, CA 91604

603. **Imperial Crest Health Care**
11834 Inglewood Ave.
Hawthorne, CA 90250

604. **Imperial Healthcare Center**
11926 La Mirada Blvd.
La Mirada, CA 90638

605. **Indio Nursing & Rehab**
47763 Monroe St.
Indio, CA 92201

606. **Infinity Care of West Covina**
1495 W. Cameron Ave.
West Covina, CA 91790

607. **Inglewood Health Care Center**
100 S. Hillcrest Blvd.
Inglewood, CA 90301

608. **Inland Christian Home**
1950 S. Mountain Ave.
Ontario, CA 91762

609. **Inland Valley Care and Rehabilitation Center**
250 W. Artesia St.
Pomona, CA 91768

610. **Integrated Care Communities**
14265 Nason St # 14345
Moreno Valley, CA 92555

611. **Intercommunity Care Center**
2626 Grand Ave.
Long Beach, CA 90815

612. **Invigorate Post Acute**
8448 E. Adams Ave.
Fowler, CA 93625

613. **Iranian Jewish Senior Center/Beverly Hills Loving Care**
8764 W. Olympic Blvd.
Los Angeles, CA 90035

614. **Ivy Creek Healthcare & Wellness Center**
115 Bridge St.
San Gabriel, CA 91775

615. **Ivy Ridge**
2030 23rd St.
Sacramento, CA 95818

616. **Jacob Health Care**
4075 54th St.
San Diego, CA 92105

617. **Jasmine Terrace**
5400 Stine Rd.
Bakersfield, CA 93313

618. **Jewish Home**
302 Silver Ave.
San Francisco, CA 94112

619. **Jones Rest Home & Convalescent Hospital**
524 Callan Ave.
San Leandro, CA 94577

620. **Jucca Valley Health & Rehab**
57333 Joshua Ln.
Yucca Valley, CA 92284

621. **Karlton Residential Care Center**
3615 W. Ball Rd.
Anaheim, CA 92804

622. **Katella Senior Living Community**
3952 Katella Ave.
Los Alamitos, CA 90720

623. **KAWEAH MANOR**
3710 West Tulare
Visalia, CA 93277

624.    **Keiro Nursing Home**
        2221 Lincoln Park Ave.
        Los Angeles, CA 90031

625.    **Keiro Retirement Home & Intermediate Care Facility**
        325 S. Boyle Ave.
        Los Angeles, CA 90033

626.    **Kennedy Care Center**
        619 N. Fairfax Ave.
        Los Angeles, CA 90036

627.    **Kensington Place Redwood City**
        2800 El Camino Real
        Redwood City, CA 94061

628.    **Kensington Retirement Community**
        1428 S. Marengo Ave.
        Alhambra, CA 91803

629.    **Kern River Transitional Care**
        5151 Knudsen Drive
        Bakersfield, CA 93308

630.    **Kern Valley Healthcare District DP/SNF**
        6412 Laurel Ave.
        Lake Isabella, CA 93240

631.    **Kindred Nursing & Healthcare**
        76 Fenton St.
        Livermore, CA 94550

632.    **Kindred Nursing & Rehab**
        2707 Pine St.
        San Francisco, CA 94115

633.    **Kindred Transitional Care & Rehab**
        401 W. Ada Ave.
        Glendora, CA 91741

634.    **KINGS NURSING & REHAB CENTER**
        851 Leslie Ln.
        Hanford, CA 93230

635.    **Kingsburg Care Center**
        1101 Stroud Ave.
        Kingsburg, CA 93631

636. **Kingsley Manor**
1055 N. Kingsley Dr.
Los Angeles, CA 90029

637. **Kingston Bay Senior Living**
6161 W. Spruce Avenue
Fresno, CA 93722

638. **Kirkwood Orange**
1525 East Taft Ave.
Orange, CA 92865

639. **Knolls West Convalescent and Residential Care**
16890 Green Tree Blvd.
Victorville, CA 92395

640. **Knott Avenue Care Center**
9021 Knott Ave.
Buena Park, CA 90620

641. **Kokoro Assisted Living**
1881 Bush St.
San Francisco, CA 94109

642. **Kyakameena Nusing Facility**
2131 Carleton St.
Berkeley, CA 94704

643. **La Casa Via Transitional Care Center**
1449 Ygnacio Valley Rd.
Walnut Creek, CA 94598

644. **La Costa Glen & Glen Brook Health Center**
1940 Levante St.
Carlsbad, CA 92009

645. **La Crescenta Chateau**
7634 Wyngate St.
Tujunga, CA 91042

646. **La Habra Convalescent Hospital**
1233 W. La Habra Blvd.
La Habra, CA 90631

647. **La Habra Villas**
1100 E. Whittier Blvd.
La Habra, CA 90631

648. **La Mesa Healthcare Center**
3780 Massachusetts Ave.
La Mesa, CA 91941

649. **La Palma Nursing Center**
1130 W. La Palma Ave.
Anaheim, CA 92801

650. **La Palma Royale**
525 W. La Palma Ave.
Anaheim, CA 92801

651. **La Sierra Care Center**
2424 M St.
Merced, CA 95340

652. **La Verne Manor**
2555 6th St.
La Verne, CA 91750

653. **La Vida at Mission Viejo**
27783 Center Dr.
Mission Viejo, CA 92692

654. **La Vida Del Mar**
850 Del Mar Downs Rd.
Solana Beach, CA 92075

655. **La Vida Real**
11588 Via Rancho San Diego
El Cajon, CA 92019

656. **LA/Huntington Healthcare**
4515 Huntington Dr S
Los Angeles, CA 90032

657. **Lafayette Care Center**
1010 1st St.
Lafayette, CA 94549

658. **Laguna Hills Health & Rehab**
24452 Health Center Dr.
Laguna Hills, CA 92653

659. **Laguna Honda Hospital & Rehab Center**
375 Laguna Honda Blvd.
San Francisco, CA 94116

660. **LaJolla Nursing & Rehabilitation Center**
2552 Torrey Pines Rd.
La Jolla, CA 92037

661. **Lake Alhambra Assisted Living**
825 E. 18th St.
Antioch, CA 94509

662. **Lake Balboa Care Center**
16955 Vanowen St.
Van Nuys, CA 91406

663. **Lake Forest Nursing Center**
25652 Old Trabuco Rd.
Lake Forest, CA 92630

664. **Lake Merritt Healthcare Center**
309 MacArthur Blvd.
Oakland, CA 94610

665. **Lake Park**
1850 Alice St.
Oakland, CA 94612

666. **Lakeside Park**
468 Perkins St.
Oakland, CA 94610

667. **Lakeside Special Care Center**
11962 Woodside Ave.
Lakeside, CA 92040

668. **Lakeview Lodge**
530 Lakeview Way
Emerald Hills, CA 94062

669. **Lakewood Gardens**
12055 Lakewood Blvd.
Downey, CA 90242

670. **Lakewood Manor North**
831 S. Lake St.
Los Angeles, CA 90057

671. **Lakewood Park Health Center**
12023 Lakewood Blvd.
Downey, CA 90242

672.	**Lakewood Park Manor**
12045 Lakewood Blvd.
Downey, CA 90242

673.	**Lancaster Healthcare Center**
1642 W. Avenue J
Lancaster, CA 93534

674.	**Lantern CreSt.**
800 Lantern Crest Way
Santee, CA 92071

675.	**LaPolma Healthcare**
3232 Thunder Dr.
Oceanside, CA 92056

676.	**Las Flores Convalescent Hospital**
14165 Purche Ave.
Gardena, CA 90249

677.	**Las Palmas Estates**
1617 Colorado Ave.
Turlock, CA 95382

678.	**Las Palmas Laguna Woods**
24962 Calle Aragon
Laguna Woods, CA 92637

679.	**Las Posas**
24 Las Posas Rd.
Camarillo, CA 93010

680.	**Las Villas De Carlsbad**
1088 Laguna Dr.
Carlsbad, CA 92008

681.	**LaSalette Health and Rehabilitation Center**
537 E. Fulton St.
Stockton, CA 95204

682.	**Laurel Canyon Retirement Community**
5527 Laurel Canyon Blvd.
Valley Vlg, CA 91607

683.	**Laurel Convalescent Center**
7509 Laurel Ave.
Fontana, CA 92336

684. **Laurel Heights Convalescent Hospital**
2740 California St.
San Francisco, CA 94115

685. **Lawndale Care Center**
15100 Prairie Ave.
Lawndale, CA 90260

686. **Le Bleu Chateau Assisted Living**
1911 Grismer Ave.
Burbank, CA 91504

687. **Legacy Nursing and Rehabilitation Center**
1790 Muir Rd.
Martinez, CA 94553

688. **Legacy Post-Acute Rehab**
1335 N. Waterman Ave.
Sn Bernrdno, CA 92404

689. **Legend Gardens**
73685 Catalina Way
Palm Desert, CA 92260

690. **Leisure Court Alzheimers Center**
1135 N. Leisure Ct
Anaheim, CA 92801

691. **Leisure Glen Care Center**
330 Mission Rd.
Glendale, CA 91205

692. **Leisure Pointe**
1371 Parkside Dr.
Sn Bernrdno, CA 92404

693. **Leisure Vale Retirement Home**
413 E. Cypress St.
Glendale, CA 91205

694. **Lemon Grove Care and Rehab**
8351 Broadway
Lemon Grove, CA 91945

695. **Life Care Center**
27600 Encanto Dr.
Sun City, CA 92586

696. **Life House Parkview**
329 S. Real Rd.
Bakersfield, CA 93309

697. **Lifespring Senior Campus**
936 Geer Rd.
Turlock, CA 95380

698. **Lighthouse, The**
10406 Magnolia Blvd.
N Hollywood, CA 91601

699. **Lincoln Glen Manor and Skilled Nursing Center**
2671 Plummer Ave.
San Jose, CA 95125

700. **Lincoln Meadows**
1550 3rd St.
Lincoln, CA 95648

701. **Lincoln Square Post Acute Care**
1032 N. Lincoln St.
Stockton, CA 95203

702. **Lincoln Villa Assisted Living**
41040 Lincoln St.
Fremont, CA 94538

703. **Linda Mar Care Center**
751 San Pedro Terrace Rd.
Pacifica, CA 94044

704. **Linda Valley Senior Living**
25393 Cole Street
Loma Linda, CA 92354

705. **Lindsay Gardens**
1011 W. Tulare Rd.
Lindsay, CA 93247

706. **Little Sisters Of The Poor**
2100 S. Western Ave.
San Pedro, CA 90732

707. **Live Oak Rehab. Center**
537 W. Live Oak St.
San Gabriel, CA 91776

708.  **Livermore Valley Senior Living**
      3356 East Ave.
      Livermore, CA 94550

709.  **Lo Har Gardens**
      768 Dorothy St.
      El Cajon, CA 92019

710.  **Lodi Nursing and Rehab**
      1334 S. Ham Ln.
      Lodi, CA 95242

711.  **Lomita Care Center**
      1955 Lomita Blvd.
      Lomita, CA 90717

712.  **Lone Tree Convalescent Hospital**
      4001 Lone Tree Way
      Antioch, CA 94509

713.  **Long Beach Care Center**
      2615 Vuelta Grande Ave.
      Long Beach, CA 90815

714.  **Long Beach Healthcare Center**
      3401 Cedar Ave.
      Long Beach, CA 90807

715.  **Long Beach Windsor Gardens Convalescent Center**
      3232 E. Artesia Blvd.
      Long Beach, CA 90805

716.  **Longbeach Post Acute**
      1201 Walnut Ave.
      Long Beach, CA 90813

717.  **Longwood Manor**
      4853 W. Washington Blvd.
      Los Angeles, CA 90016

718.  **Los Altos Subacute and Rehabilitation Center**
      809 Fremont Ave.
      Los Altos, CA 94024

719.  **Los Angeles Jewish Home**
      7150 Tampa Ave.
      Reseda, CA 91335

720. **Los Angeles Windsor Gardens Convalescent Center**
915 Crenshaw Blvd.
Los Angeles, CA 90019

721. **LOS BANOS NURSING & REHABILITATION C**
931 Idaho Ave.
Los Banos, CA 93635

722. **Los Gatos Oaks Convalescent Hospital**
16605 Lark Ave.
Los Gatos, CA 95032

723. **Los Palos Convalescent Hospital**
1430 W. 6th St.
San Pedro, CA 90732

724. **Lotus Care Center**
6011 West Blvd.
Los Angeles, CA 90043

725. **Mabie Northside Skilled Nursing Facility**
900 Sunset Dr.
Hollister, CA 95023

726. **Madera Rehab & Convalescent Center**
517 S. A St.
Madera, CA 93638

727. **Magnolia Court Assisted Living**
1111 Ulatis Dr.
Vacaville, CA 95687

728. **Magnolia Garden at Danville**
205 El Pinto
Danville, CA 94526

729. **Magnolia Gardens Convalescent Hospital**
17922 San Fernando Mission Blvd.
Granada Hills, CA 91344

730. **Magnolia Grand**
8537 Magnolia Ave.
Riverside, CA 92504

731. **Magnolia Inn**
176 South Bernardo Avenue
Sunnyvale, CA 94086

732. **Magnolia Place Assisted Living**
8100 Westwold Dr.
Bakersfield, CA 93311

733. **Magnolia Rehab & Nursing Center**
8133 Magnolia Ave.
Riverside, CA 92504

734. **Magnolia Special Care Center**
635 S. Magnolia Ave.
El Cajon, CA 92020

735. **Manchester Manor Convalescent Hospital**
837 W. Manchester Ave.
Los Angeles, CA 90044

736. **Manning Gardens Care Center**
2113 E. Manning Ave.
Fresno, CA 93725

737. **Manor of Ojai**
108 W. Eucalyptus St.
Ojai, CA 93023

738. **ManorCare**
7807 Uplands Way
Citrus Hts, CA 95610

739. **Manteca Nursing & Rehab Center**
410 Eastwood Ave.
Manteca, CA 95336

740. **Manteca Retirement**
430 N. Union Rd.
Manteca, CA 95337

741. **Maple Manor**
1744 S. Maple St.
Escondido, CA 92025

742. **Marin Convalescent and Rehabilitation Hospital**
30 Hacienda Dr.
Bel Tiburon, CA 94920

743. **Marin Terrace**
297 Miller Ave.
Mill Valley, CA 94941

744. **Marina Gardens Nursing Center**
3201 Fernside Blvd.
Alameda, CA 94501

745. **Marina Point**
5240 Sepulveda Blvd.
Culver City, CA 90230

746. **Marlora Post Acute Rehab Hospital**
3801 E. Anaheim St.
Long Beach, CA 90804

747. **Martinez Convalescent Hospital**
4110 Alhambra Way
Martinez, CA 94553

748. **Mary Health of the Sick**
2929 Theresa Dr.
Newbury Park, CA 91320

749. **Marycrest Manor**
10664 Saint James Dr.
Culver City, CA 90230

750. **Marymount Greenhills Retirement Center**
1201 Broadway
Millbrae, CA 94030

751. **Marymount Villa Retirement Center**
345 Davis St.
San Leandro, CA 94577

752. **Masonic Homes Of California**
1650 E. Old Badillo St.
Covina, CA 91724

753. **Mayflower Gardens Convalescent Hospital & Retirement Community**
6570 W. Avenue L12
Lancaster, CA 93536

754. **Maywood Acres Healthcare**
2641 S. C St.
Oxnard, CA 93033

755. **Maywood Health Care**
6025 Pine Ave.
Maywood, CA 90270

756. **McClay Healthcare Center**
12831 Maclay St.
Sylmar, CA 91342

757. **McClure Convalescent & Rehabilitation Center**
2910 McClure St.
Oakland, CA 94609

758. **McKinley Health Care Center**
3700 H St.
Sacramento, CA 95816

759. **Meadow Brook Senior Living**
5217 Chesebro Rd.
Agoura Hills, CA 91301

760. **Meadow Gardens**
800 Roble Ave.
Menlo Park, CA 94025

761. **Meadow Oaks of Roseville**
930 Oak Ridge Dr.
Roseville, CA 95661

762. **Meadow Ridge Care Center**
1700 E. Washington St.
Colton, CA 92324

763. **Meadowbrook HealthCare Center**
461 E. Johnston Ave.
Hemet, CA 92543

764. **Medical Center Convalescent Hospital**
467 E. Gilbert St.
Sn Bernrdno, CA 92404

765. **Melrose Gardens**
960 N. Martel Ave.
Los Angeles, CA 90046

766. **Merced Nursing and Rehabilitation**
510 W. 26th St.
Merced, CA 95340

767. **Merced Residential Care**
257 Broad St.
San Francisco, CA 94112

768. **Merced Residential Care Facility**
129 GiraRd.
Merced, CA 94134

769. **Mercy McMahon Terrace**
3865 J St.
Sacramento, CA 95816

770. **Mercy Retirement And Care Center**
3431 Foothill Blvd.
Oakland, CA 94601

771. **Meridian at Bella Mar**
825 Ocean Ave.
Santa Monica, CA 90403

772. **Meridian at Cheviot Hills**
3340 Shelby Dr.
Los Angeles, CA 90034

773. **Merrill Gardens**
2567 2nd Ave.
San Diego, CA 92103

774. **Mesa Glen  Care Center**
638 E. Colorado Ave.
Glendora, CA 91740

775. **Mesa Verde Convalescent Hospital**
661 Center St.
Costa Mesa, CA 92627

776. **Midtown Post Acute**
2600 L St.
Sacramento, CA 95816

777. **Mid-Wilshire Convalescent Hospital**
676 S. Bonnie Brae St.
Los Angeles, CA 90057

778. **Millbrae Assisted Living**
1001 Hemlock Ave.
Millbrae, CA 94030

779. **Millbrae Skilled Care**
33 Mateo Ave.
Millbrae, CA 94030

780. **Mills Estate Villa**
1733 California Dr.
Burlingame, CA 94010

781. **Milpitas Care Center**
120 Corning Ave.
Milpitas, CA 95035

782. **Mira Villa Care Center**
9246 Ave.nida Miravilla
Cherry Valley, CA 92223

783. **Mirada Hills Rehabilitation & Convalescent Hospital**
12200 La Mirada Blvd.
La Mirada, CA 90638

784. **Mission Bay**
2440 Grand Ave.
San Diego, CA 92109

785. **Mission Care Rehab**
4800 Delta Ave.
Rosemead, CA 91770

786. **Mission Carmichael Health Care Center**
3630 Mission Ave.
Carmichael, CA 95608

787. **Mission Commons**
10 Terracina Blvd.
Redlands, CA 92373

788. **Mission De La Casa Nursing & Rehabilitation Center**
2501 Alvin Ave.
San Jose, CA 95121

789. **MISSION GARDENS**
1450 E. 27th St.
Merced, CA 95340

790. **Mission Hills Health Care, Inc**
4033 6th Ave.
San Diego, CA 92103

791. **Mission Palms Healthcare Center**
240 Hospital Cir
Westminster, CA 92683

792. **Mission Skilled Nursing & Rehabilitation**
410 N. Winchester Blvd.
Santa Clara, CA 95050

793. **Mistywood**
1275 Pleasant Grove Blvd.
Roseville, CA 95747

794. **Modesto Post Acute Center**
159 E. Orangeburg Ave.
Modesto, CA 95350

795. **Moldaw Family Residences**
899 E. Charleston Rd.
Palo Alto, CA 94303

796. **Monrovia Convalescent Hospital**
1220 Huntington Dr.
Duarte, CA 91010

797. **Montclair Manor Convalescent Hospital**
5119 Bandera St.
Montclair, CA 91763

798. **Montclair Royale Senior Living**
9685 Monte Vista Ave.
Montclair, CA 91763

799. **Monte Vista Grove Homes**
2889 San Pasqual St.
Pasadena, CA 91107

800. **Monte Vista Healthcare**
802 Buena Vista St.
Duarte, CA 91010

801. **Monte Vista Village**
2211 Massachusetts Ave.
Lemon Grove, CA 91945

802. **Montebello Convalescent Hospital**
1035 W. Beverly Blvd.
Montebello, CA 90640

803. **MonteCedro**
2212 El Molino Ave.
Altadena, CA 91001

804. **Montecito Height Healthcare and Wellness Center**
4585 N. Figueroa St.
Los Angeles, CA 90065

805. **Monterey Palms Healthcare Center**
44610 Monterey Ave.
Palm Desert, CA 92260

806. **Montrose Healthcare Center**
2123 Verdugo Blvd.
Montrose, CA 91020

807. **Moraga Post Acute**
348 Rheem Blvd.
Moraga, CA 94556

808. **Moraga Royale**
1600 Canyon Rd.
Moraga, CA 94556

809. **Morningside Of Fullerton**
800 Morningside Dr.
Fullerton, CA 92835

810. **Mother Gertrude Balcazar Home**
11320 Laurel Canyon BoulevaRd.
San Fernando, CA 91340

811. **Motion Picture & Television Country House Lodge & Health Center**
23388 Mulholland Dr.
Woodland Hls, CA 91364

812. **Mount Miguel Covenant Village**
325 Kempton St.
Spring Valley, CA 91977

813. **Mountain Manor**
6101 Fair Oaks Blvd.
Carmichael, CA 95608

814. **Mountain View Center**
715 W. Baseline Rd.
Claremont, CA 91711

815. **Mountain View Convalescent Hospital**
13333 Fenton Ave.
Sylmar, CA 91342

816. **Mountain View Healthcare**
2530 Solace Pl.
Mountain View, CA 94040

817. **Mt Pleasant Nursing Center**
1355 Clayton Rd.
San Jose, CA 95127

818. **Mt Rubidoux Convalescent Hospital**
6401 33rd St.
Riverside, CA 92509

819. **Mt. San Antonio Gardens**
900 E. Harrison Ave.
Pomona, CA 91767

820. **Mugungwha Silver Town**
1423 S. Manhattan Pl.
Los Angeles, CA 90019

821. **MuirWoods**
750 N. McDowell Blvd.
Petaluma, CA 94954

822. **Murrieta Senior Living**
Clinton Keith Road at Greer Road
Murrieta, CA 92562

823. **Murrietta Gardens**
24200 Monroe Ave.
Murrieta, CA 92562

824. **Napa Valley Care Center**
3275 Villa Ln.
Napa, CA 94558

825. **Nazareth House**
2121 N. 1st St.
Fresno, CA 93703

826. **Nazareth Park Place Assisted Living**
1922 Morse Ave.
Sacramento, CA 95825

827. **New Bethany**
1441 Berkeley Dr.
Los Banos, CA 93635

828. **New Horizon Lodge**
8541 Cerritos Ave.
Stanton, CA 90680

829. **New Orange Hills**
5017 E. Chapman Ave.
Orange, CA 92869

830. **New Vista Nursing**
8647 Fenwick St.
Sunland, CA 91040

831. **New Vista Post Acute Care Center**
1516 Sawtelle Blvd.
Los Angeles, CA 90025

832. **New West HAve.n**
2551 Cameo Dr.
Cameron Park, CA 95682

833. **Newport Health & Subacute Care Center**
2570 Newport Blvd.
Costa Mesa, CA 92627

834. **Newport Mesa Memory Care Community**
350 W. Bay St.
Costa Mesa, CA 92627

835. **Newport Terrace Senior Living**
393 Hospital Rd.
Newport Beach, CA 92663

836. **Nikkei Senior Gardens Assisted Living**
9221 Arleta Ave.
Arleta, CA 91331

837. **North Bay Retirement Community**
2261 Tuolumne St.
Vallejo, CA 94589

838. **North Escondido**
1342 N. Escondido Blvd.
Escondido, CA 92026

839. **North Hills Retirement Hotel**
10215 Balboa Blvd.
Northridge, CA 91325

840. **North Hollywood Windsor Gardens Healthcare Center**
13000 Victory Blvd.
N Hollywood, CA 91606

841. **North Lake Villa**
2851 Lake Ave.,
Altadena, CA 91001

842. **North Star Post Acute Care**
180 Starr Ave.
Turlock, CA 95380

843. **North Valley Nursing Center**
7660 Wyngate St.
Tujunga, CA 91042

844. **North Walk Villa Convalescent Hospital**
12350 Rosecrans Ave.
Norwalk, CA 90650

845. **Northgate Post Acute Care**
40 Professional Center Pkwy.
San Rafael, CA 94903

846. **Northpointe Health Care**
668 E. Bullard Ave.
Fresno, CA 93710

847. **Northridge Care Center**
7836 Reseda Blvd.
Reseda, CA 91335

848. **Norwalk Meadows Nursing Center**
10625 Leffingwell Rd.
Norwalk, CA 90650

849. **Norwalk Skilled Nursing**
11510 Imperial Hwy.
Norwalk, CA 90650

850. **Norwood Pines Alzheimer Center**
500 Jessie Ave.
Sacramento, CA 95838

851. **Novato Health Care Center**
1565 Hill Rd.
Novato, CA 94947

852. **Oak Creek**
6127 E. Castro Valley Blvd.
Castro Valley, CA 94552

853. **Oak Park Manor**
501 S. College Ave.
Claremont, CA 91711

854. **Oak Ridge Care Center**
310 Oak Ridge Dr.
Roseville, CA 95661

855. **Oakdale Nursing and Rehab**
275 S. Oak Ave.
Oakdale, CA 95361

856. **Oakland Health & Wellness Center**
3030 Webster St.
Oakland, CA 94609

857. **Oakmont Gardens**
301 White Oak Dr.
Santa Rosa, CA 95409

858. **Oakmont Senior Living**
301 Bellafonte Ct
Camarillo, CA 93012

859. **Oaks Of Auburn Retirement Residence**
3250 Blue Oaks Dr.
Auburn, CA 95602

860. **Oaks Of Pasadena, The**
2954 E. Del Mar Blvd.
Pasadena, CA 91107

861. **Oakview Convalescent Hospital**
9166 Tujunga Canyon Blvd.
Tujunga, CA 91042

862. **Oakwood Garden Care Center**
3510 E. Shields Ave.
Fresno, CA 93726

863. **Oakwood Village**
3388 Bell Rd.
Auburn, CA 95603

864. **Oasis of Stockton**
1119 Rosemarie Ln.
Stockton, CA 95207

865. **Ocean Villa**
413 Ocean Ave.
Santa Monica, CA 90402

866. **O'Connor Woods**
3400 Wagner Heights Rd.
Stockton, CA 95209

867. **Ojai Valley Community Hospital SNF**
1306 Maricopa Hwy.
Ojai, CA 93023

868. **Olivenhain Guest Home**
350 Cole Ranch Rd.
Encinitas, CA 92024

869. **Olympia Convalescent Hospital**
1100 S. Alvarado St.
Los Angeles, CA 90006

870. **Ontario Care Center**
1661 S. Euclid Ave.
Ontario, CA 91762

871. **Orange Grove Rehabilitation Hospital**
12332 Garden Grove Blvd.
Garden Grove, CA 92843

872. **Orange Healthcare & Wellness Center**
920 W. La Veta Ave.
Orange, CA 92868

873. **Orangeburg Manor**
1248 Nelson Ave.
Modesto, CA 95350

874. **Orangetree Nursing Center**
4000 Harrison St.
Riverside, CA 92503

875. **Orchard Park**
675 W. Alluvial Ave.
Clovis, CA 93611

876. **Orinda Rehabilitation & Convalescent Hospital**
11 Altarinda Rd.
Orinda, CA 94563

877. **Our Countryside Resort**
18111 Haines St.
Perris, CA 92570

878. **Our Lady Of Fatima Villa**
20400 Saratoga Los Gatos Rd.
Saratoga, CA 95070

879. **Overland Healthcare**
3515 Overland Ave.
Los Angeles, CA 90034

880. **Pacific Care Nursing Center**
3355 Pacific Pl.
Long Beach, CA 90806

881. **Pacific Gardens**
2384 Pacific Dr.
Santa Clara, CA 95051

882. **Pacific Gardens Nursing & Rehabilitation Center**
577 S. Peach Ave.
Fresno, CA 93727

883. **Pacific HAve.n Healthcare Center**
12072 Trask Ave.
Garden Grove, CA 92843

884. **Pacific Hills Manor**
370 Noble Ct
Morgan Hill, CA 95037

885. **Pacific Place, A Merrill Gardens Community**
3500 Lake Blvd.
Oceanside, CA 92056

886. **Pacific Point Active Retirement Village**
171 4th Ave.
Chula Vista, CA 91910

887. **Pacific Post Acute of Sun Mar**
1323 17th St.
Santa Monica, CA 90404

888. **Pacific Regent La Jolla**
3884 Nobel Dr.
San Diego, CA 92122

889. **Pacifica Senior Living**
3209 Brookside Dr.
Bakersfield, CA 93311

890. **Paintbrush Assisted Living & Memory Care**
4356 W. Ashlan Ave.
Fresno, CA 93722

891. **Palamar Heights Post Acute Rehab**
1260 E. Ohio Ave.
Escondido, CA 92027

892. **Palm Court**
3995 Overland Ave.
Culver City, CA 90232

893. **Palm Desert**
44300 San Pasqual Ave.
Palm Desert, CA 92260

894. **Palm Gardens Assisted Living Residence**
240 Palm Ave.
Woodland, CA 95695

895. **Palm Grove Care Center**
13075 Blackbird St.
Garden Grove, CA 92843

896. **Palm Grove Health Care**
1665 E. 8th St.
Beaumont, CA 92223

897. **Palm Springs Healthcare & Rehab**
277 S. Sunrise Way
Palm Springs, CA 92262

898. **Palm Terrace Care Center**
11162 Palm Terrace Ln.
Riverside, CA 92505

899. **Palm Terrace Health and Rehabilitation**
24962 Calle Aragon
Laguna Woods, CA 92637

900. **Palm Village Retirement Community**
703 W. Herbert Ave.
Reedley, CA 93654

901. **Palm Villas**
1931 Woodside Rd.
Redwood City, CA 94061

902. **Palm Villas Campbell**
3333 S. Bascom Ave.
Campbell, CA 95008

903. **Palmcrest House and Palmcrest North Convalescent Hospital**
3501 Cedar Ave.
Long Beach, CA 90807

904. **Palms at BonAve.nture Assisted Living, The**
111 N. Wells Rd.
Ventura, CA 93004

905. **Palms at LaQuinta Gracious Retirement Living**
45190 Seeley Drive
LaQuinta, CA 92253

906. **Palms, The**
13001 La Mirada Blvd.
La Mirada, CA 90638

907. **Palo Alto Commons**
4075 El Camino Way
Palo Alto, CA 94306

908. **Palo Alto Sub-Acute & Rehibilation Center**
911 Bryant St.
Palo Alto, CA 94301

909. **Paloma Pointe On The BoulevaRd.**
10955 Washington Blvd.
Culver City, CA 90232

910. **Palomar Vista Healthcare Center**
201 N. Fig St.
Escondido, CA 92025

911. **Palos Verdes Health Care Center**
26303 Western Ave.
Lomita, CA 90717

912. **Palos Verdes Villa**
29661 S. Western Ave.
Rch Palos Vrd, CA 90275

913. **Panorama Gardens**
9541 Van Nuys Blvd.
Panorama City, CA 91402

914. **Panorama Meadows Nursing Center**
14857 Roscoe Blvd.
Panorama City, CA 91402

915. **Paradise Valley Estates**
2600 Estates Drive
Fairfield, CA 94533

916. **Paradise Valley Manor & Health Care Center**
2575 E. 8th St.
National City, CA 91950

917. **Paradise Village**
2700 E. 4th St.
National City, CA 91950

918. **Paramount Convalescent Hospital**
8558 Rosecrans Ave.
Paramount, CA 90723

919. **Paramount Court**
3791 Crowell Rd.
Turlock, CA 95382

920. **Park Anaheim Healthcare Center**
3435 W. Ball Rd.
Anaheim, CA 92804

921. **Park Central Care & Rehab Center**
2100 Parkside Dr.
Fremont, CA 94536

922. **PARK MERCED**
3050 M St.
Merced, CA 95348

923. **Park Plaza**
620 S. Glassell St.
Orange, CA 92866

924. **Park Regency Retirement**
1750 W. La Habra Blvd.
La Habra, CA 90631

925. **Park Terrace**
21952 Buena Suerte
Rcho Sta Marg, CA 92688

926. **Park Ventura Retirement**
21200 Ventura Blvd.
Woodland Hls, CA 91364

927. **Park View Estates**
11360 Warner Avenue
Fountain Valley, CA 92708

928. **Park Visalia Assisted Living**
3939 W. Walnut Ave.
Visalia, CA 93277

929. **Parkbridge**
2401 Blanding Ave.
Alameda, CA 94501

930. **Parkside Health and Wellness**
444 W. Lexington Ave.
El Cajon, CA 92020

931. **Parkview at Paradise Village**
735 Arcadia Ave.
National City, CA 91950

932. **Parkview Health Care Center**
27350 Tampa Ave.
Hayward, CA 94544

933. **Parkview Healthcare Center**
1514 E. Lincoln Ave.
Anaheim, CA 92805

934. **Parkview Julian Convalescent**
1801 Julian Ave.
Bakersfield, CA 93304

935. **Parkview of Glendale**
426 Piedmont Ave.
Glendale, CA 91206

936. **Parkway Hills Nursing and Rehab**
7760 Parkway Dr.
La Mesa, CA 91942

937. **Pasadena Adult Living Center**
1415 N. Garfield Ave.
Pasadena, CA 91104

938. **Pasadena Highlands**
1575 E. Washington Blvd.
Pasadena, CA 91104

939. **Pasadena Meadows Nursing Center**
150 Bellefontaine St.
Pasadena, CA 91105

940. **Peninsula Del Rey**
165 Pierce St.
Daly City, CA 94015

941. **Pico Rivera Health Care Center**
9140 Verner St.
Pico Rivera, CA 90660

942. **Piedmont Gardens**
110 41st St.
Oakland, CA 94611

943. **Pilgrim Place**
625 Mayflower Rd.
Claremont, CA 91711

944. **Pinegrove Healthcare & Wellness**
126 N. San Gabriel Blvd.
San Gabriel, CA 91775

945. **Pineridge Care Center**
45 Professional Center Pkwy.
San Rafael, CA 94903

946. **Piners Nursing Home**
1800 Pueblo Ave.
Napa, CA 94558

947. **Pinnacle Signature Assisted Living**
24515 Washington Ave.
Murrieta, CA 92562

948. **Pinole Senior Village**
2850 Estates Ave.
Pinole, CA 94564

949. **Pioneer Tower**
515 P St.
Sacramento, CA 95814

950. **Pittsburg Care Center**
535 School St.
Pittsburg, CA 94565

951. **Playa Del Rey Care and Rehabilitation Center**
7716 W. Manchester Ave.
Playa Del Rey, CA 90293

952. **Plaza Village Senior Living**
950 L Ave.
National City, CA 91950

953. **Pleasant Hill Manor**
40 Boyd Rd.
Pleasant Hill, CA 94523

954. **Pleasant Hill Post Acute**
1625 Oak Park Blvd.
Pleasant Hill, CA 94523

955. **Pleasant View Convalescent Hospital**
22590 Voss Ave.
Cupertino, CA 95014

956. **Pleasanton Nursing & Rehabilitation Center**
300 Neal St.
Pleasanton, CA 94566

957. **Plum Tree Care Center**
2580 Samaritan Dr.
San Jose, CA 95124

958. **Plymouth Square**
1319 N. Madison St.
Stockton, CA 95202

959. **Plymouth Tower**
3401 Lemon St.
Riverside, CA 92501

960. **Plymouth Village**
900 Salem Dr.
Redlands, CA 92373

961. **Point Loma Convalescent Hospital**
3202 Duke St.
San Diego, CA 92110

962. **Pointe at Rock Ridge**
4500 Gilbert St.
Oakland, CA 94611

963. **Pomona Vista Care Center**
651 N. Main St.
Pomona, CA 91768

964. **Ponte Palmero**
3081 Ponte Morino Dr.
Shingle Spgs, CA 95682

965. **Posada at Whittier**
8120 Painter Ave.
Whittier, CA 90602

966. **Poway Health Care**
15632 Pomerado Rd.
Poway, CA 92064

967. **Prairie City Landing**
710 Willard Dr.
Folsom, CA 95630

968. **Premier Care Center**
2990 E. Ramon Rd.
Palm Springs, CA 92264

969. **Prestige Assisted Living at Lancaster**
43454 30th St W
Lancaster, CA 93536

970. **Prestige Senior Living at Manteca**
1130 Empire Ave.
Manteca, CA 95336

971. **Primrose**
2080 Guerneville Rd.
Santa Rosa, CA 95403

972. **Princess Lodge**
552 W. Hacienda Ave.
Campbell, CA 95008

973. **Princeton Manor Health Care**
2124 57th Ave.
Oakland, CA 94621

974. **Professional Post Acute Center**
81 Professional Center Pkwy.
San Rafael, CA 94903

975. **Prospect Manor**
800 Prospect Ave.
S Pasadena, CA 91030

976. **Providence Ojai**
601 N. Montgomery St.
Ojai, CA 93023

977. **Providence Place**
2456 Geary Blvd.
San Francisco, CA 94115

978. **Providence Post Acute**
800 E. 5th St.
Ontario, CA 91764

979. **Providence Street St Elizabeth Care Center**
10425 Magnolia Blvd.
N Hollywood, CA 91601

980. **Providence West Valley Health Care Center**
7057 Shoup Ave.
West Hills, CA 91307

981. **Quail Lodge**
4850 Deer Valley Rd.
Antioch, CA 94531

982. **Rafael Convalescent Hospital**
234 N. San Pedro Rd.
San Rafael, CA 94903

983. **Raincross at Riverside**
5232 Central Ave.
Riverside, CA 92504

984. **Raintree Convalescent Hospital**
5265 E. Huntington Ave.
Fresno, CA 93727

985. **Ralph Neate Extended Care**
1191 Phelps Ave.
Coalinga, CA 93210

986. **Ramona Nursing & Rehabilitation Center**
11900 Ramona Blvd.
El Monte, CA 91732

987. **Ramona rehabilitation and post acute care center**
485 W. Johnston Ave.
Hemet, CA 92543

988. **Ramona Senior Manor**
1236 D St.
Ramona, CA 92065

989. **Rancho Mesa Convalescent Center**
9333 La Mesa Dr.
Rch Cucamonga, CA 91701

990. **Rancho Mirage Health & Rehab**
39950 Vista Del Sol
Rancho Mirage, CA 92270

991. **Rancho Mirage Terrace**
34560 Bob Hope Dr.
Rancho Mirage, CA 92270

992. **Rancho Park**
801 Cypress Way
San Dimas, CA 91773

993. **Rancho Village**
39630 Fairway Dr.
Palmdale, CA 93551

994. **Raya's Paradise Residential Care**
101 Ave.nida Calafia
San Clemente, CA 92672

995. **Reata Glen**
28805 Ortega Highway
San Juan Capistrano, CA 92675

996. **Reche Canyon Rehabilitation & Health Care Center**
1350 Reche Canyon Road
Colton, CA 92324

997. **Redwood Convalescent Hospital**
22103 Redwood Rd.
Castro Valley, CA 94546

998. **Redwood Health Care Center**
3145 High St.
Oakland, CA 94619

999. **REDWOOD RETIREMENT RESIDENCE**
2350 Redwood Rd.
Napa, CA 94558

1000. **Redwood Terrace**
710 W. 13th Ave.
Escondido, CA 92025

1001. **Redwood Villa**
1981 Montecito Ave.
Mountain View, CA 94043

1002. **Redwoods, The**
40 Camino Alto
Mill Valley, CA 94941

1003. **Regency Fallbrook**
609 E. Elder St.
Fallbrook, CA 92028

1004. **Regency Grand at West Covina**
150 S. Grand Ave.
West Covina, CA 91791

1005. **Regency Oaks Skilled Nursing Care**
3850 E. Esther St.
Long Beach, CA 90804

1006. **Regency Palms Long Beach**
117 East 8th Street
Long Beach, CA 90813

1007. **Regency Park Senior Living**
925 E. Villa St.
Pasadena, CA 91106

1008. **Regency Place**
8190 Arroyo Vista Dr.
Sacramento, CA 95823

1009. **Regent Villa Retirement Home**
201 W. Wardlow Rd.
Long Beach, CA 90807

1010. **Regents Point**
19191 Harvard Ave.
Irvine, CA 92612

1011. **Rehabilatation Center of Oakland**
210 40th Street Way
Oakland, CA 94611

1012. **Rehabilitation Center Of Beverly Hills**
580 S. San Vicente Blvd.
Los Angeles, CA 90048

1013. **Remington Club**
16925 Hierba Dr.
San Diego, CA 92128

1014. **REMINGTON, THE**
2727 N. 11th Ave.
Hanford, CA 93230

1015. **Renaissance Village**
24271 Jackson Ave.
Murrieta, CA 92562

1016. **Reo Vista Care Center**
6061 Banbury St.
San Diego, CA 92139

1017. **Revel**
2075 Iron Point Road
Folsom, CA 95630

1018. **Revere Court**
7707 Rush River Dr.
Sacramento, CA 95831

1019. **Rhoda Goldman Plaza**
2180 Post St.
San Francisco, CA 94115

1020. **Rialto Post Acute**
    1471 S. Riverside Ave.
    Rialto, CA 92376

1021. **Rialto Retirement Home**
    1441 S. Riverside Ave.
    Rialto, CA 92376

1022. **Richman Gardens**
    317 N. Richman Ave.
    Fullerton, CA 92832

1023. **Ridgecrest Healthcare Center**
    1131 N. China Lake Blvd.
    Ridgecrest, CA 93555

1024. **Rimrock Villa Convalescent Hospital**
    27555 Rimrock Rd.
    Barstow, CA 92311

1025. **Rinaldi Convalescent Hospital**
    16553 Rinaldi St.
    Granada Hills, CA 91344

1026. **Rio Las Palmas**
    877 E. March Ln.
    Stockton, CA 95207

1027. **River Fountains of Lodi**
    311 W. Turner Rd.
    Lodi, CA 95240

1028. **Riverbank Nursing Center**
    2649 Topeka St.
    Riverbank, CA 95367

1029. **Riverbend Nursing Center**
    2215 Oakmont Way
    W Sacramento, CA 95691

1030. **Rivers Edge Retirement Community**
    601 Feature Dr.
    Sacramento, CA 95825

1031. **Riverside Post Acute Care**
    8781 Lakeview Ave.
    Riverside, CA 92509

1032. **Riverwood Healthcare Center**
5320 Carrington Cir
Stockton, CA 95210

1033. **Riviera House Care Center**
8203 Telegraph Rd.
Pico Rivera, CA 90660

1034. **Rock Creek Care Center**
260 Racetrack St.
Auburn, CA 95603

1035. **Rockville Terrace**
4625 Mangels Blvd.
Fairfield, CA 95409

1036. **Rohnert Park Retirement Community**
4855 Snyder Ln.
Rohnert Park, CA 94928

1037. **Rolling Hills Ranch - Chula Vista**
850 Duncan Ranch Rd.
Chula Vista, CA 91914

1038. **Rose Garden Convalescent Center**
1899 N. Raymond Ave.
Pasadena, CA 91103

1039. **Rose Garden Court Elderly Care Home**
958 Vermont St.
San Jose, CA 95126

1040. **Rose Gardens Residential Care**
1350 Wabash Ave.
Mentone, CA 92359

1041. **Rose HAve.n**
520 Sanitarium Road
Napa, CA 94574

1042. **Rose Villa Health Care Center**
9028 Rose St.
Bellflower, CA 90706

1043. **Rosecrans Care Center**
1140 W. Rosecrans Ave.
Gardena, CA 90247

1044. **Rosecrans Villa**
14110 Cordary Ave.
Hawthorne, CA 90250

1045. **Roseville Care Center**
1161 Cirby Way
Roseville, CA 95661

1046. **Roseville Commons Senior Community**
275 Folsom Rd.
Roseville, CA 95678

1047. **Roseville Point Health And Wellness Center**
600 Sunrise Ave.
Roseville, CA 95661

1048. **Rosewood**
1301 New Stine Rd.
Bakersfield, CA 93309

1049. **Rosewood Court**
411 E. Commonwealth Ave.
Fullerton, CA 92832

1050. **Rosewood Post Acute Rehab**
6041 Fair Oaks Blvd.
Carmichael, CA 95608

1051. **Rowland Convalescent Hospital**
330 W. Rowland St.
Covina, CA 91723

1052. **Rowntree Gardens**
12151 Dale Street
Stanton, CA 90680

1053. **Royal Bellingham Luxury Retirement Residence**
12229 Chandler Blvd.
Valley Vlg, CA 91607

1054. **Royal Care Skilled Nursing Facility**
2725 Pacific Ave.
Long Beach, CA 90806

1055. **Royal Crest Health Care**
519 W. Badillo St.
Covina, CA 91722

1056. **Royal Garden Extended Care**
2339 W. Valley Blvd.
Alhambra, CA 91803

1057. **Royal Gardens**
903 Carmen Dr.
Camarillo, CA 93010

1058. **Royal Oaks**
1763 Royal Oaks Dr.
Duarte, CA 91010

1059. **Royal Oaks Care Center**
3565 E. Imperial Hwy.
Lynwood, CA 90262

1060. **Royal Oaks Convalescent Hospital**
250 N. Verdugo Rd.
Glendale, CA 91206

1061. **Royal Palms Convalescent Hospital**
630 W. Broadway
Glendale, CA 91204

1062. **Royal Terrace Health Care**
1340 Highland Ave.
Duarte, CA 91010

1063. **Royalwood Care Center**
22520 Maple Ave.
Torrance, CA 90505

1064. **Sacramento Senior Living at Woodlake**
500 Leisure Lane
Sacramento, CA 95815

1065. **Sacramento Sub Acute**
5255 Hemlock St.
Sacramento, CA 95841

1066. **Sage Glendale Senior Living**
509-525 West Elk Avenue
Glendale, CA 91204

1067. **Sage Mountain Senior Living**
3499 Grande Vista
Thousand Oaks, CA 91320

1068. **Sagebrook Senior Living at San Francisco**
2750 Geary Blvd.
San Francisco, CA 94118

1069. **Samaritan Village**
7700 Fox Rd.
Hughson, CA 95326

1070. **San Bernardino Villas,LP**
2985 N. G St.
Sn Bernrdno, CA 92405

1071. **San Bruno Skilled Nursing Hospital**
890 El Camino Real
San Bruno, CA 94066

1072. **San Carlos Elms**
707 Elm St.
San Carlos, CA 94070

1073. **San Clemente Villas By The Sea**
660 Camino De Los Mares
San Clemente, CA 92673

1074. **San Diego Post Acute Care Center**
1201 S. Orange Ave.
El Cajon, CA 92020

1075. **San Dimas Retirement Center Inc**
834 W. Arrow Hwy.
San Dimas, CA 91773

1076. **San Francisco Health Care and Rehab**
1477 Grove St.
San Francisco, CA 94117

1077. **San Francisco Nursing Center**
5767 Mission St.
San Francisco, CA 94112

1078. **San Francisco Towers**
1661 Pine St.
San Francisco, CA 94109

1079. **San Gabriel Convalescent Center**
8035 Hill Dr.
Rosemead, CA 91770

1080. **San Jacinto Health Care**
275 N. San Jacinto St.
Hemet, CA 92543

1081. **San Jose Health Care & Wellness Center**
75 N. 13th St.
San Jose, CA 95112

1082. **San Juan Capistrano Memory Care Community**
30311 Camino Capistrano
San Juan Capo, CA 92675

1083. **San Luis Healthcare**
709 N. St.
Newman, CA 95360

1084. **San Marino Manor**
6812 Oak Ave.
San Gabriel, CA 91775

1085. **San Marino Skilled Nursing**
2587 E. Washington Blvd.
Pasadena, CA 91107

1086. **San Miguel Villa**
1050 San Miguel Rd.
Concord, CA 94518

1087. **San Pablo Healthcare and Wellness Center**
13328 San Pablo Ave.
San Pablo, CA 94806

1088. **San Rafael Healthcare and Wellness**
1601 5th Ave.
San Rafael, CA 94901

1089. **San Tomas Convalescent Hospital**
3580 Payne Ave.
San Jose, CA 95117

1090. **Santa Anita Convalescent Hospital and Retirement Ctr.**
5522 Gracewood Ave.
Arcadia, CA 91007

1091. **Santa Clarita Post Acute**
23801 Newhall Ave.
Newhall, CA 91321

1092. **Santa Fe Assisted Living**
55425 Santa Fe Trl
Yucca Valley, CA 92284

1093. **Santa Fe Convalescent Hospital**
3294 Santa Fe Ave.
Long Beach, CA 90810

1094. **Santa Fe Lodge**
5043 Peck Rd.
El Monte, CA 91732

1095. **Santa Monica Health Care Center**
1338 20th St.
Santa Monica, CA 90404

1096. **Santa Monica Pavilion**
12001 Santa Monica Blvd.
Los Angeles, CA 90025

1097. **Santa Paula Post Acute at Vista Cove**
250 March St.
Santa Paula, CA 93060

1098. **Santa Teresita Medical Center**
819 Buena Vista St.
Duarte, CA 91010

1099. **Saratoga Retirement Community**
14500 Fruitvale Ave.
Saratoga, CA 95070

1100. **Saylor Lane Convalescent Hospital**
3500 Folsom Blvd.
Sacramento, CA 95816

1101. **Scholl Canyon Estates**
1551 E. Chevy Chase Dr.
Glendale, CA 91206

1102. **Sea Cliff Healthcare Center and Assisted Living**
18811 Florida St.
Huntington Beach, CA 92648

1103. **Seacrest Convalescent Hospital**
1416 W. 6th St.
San Pedro, CA 90732

1104. **Seacrest Village at Encinitas**
211 Saxony Rd.
Encinitas, CA 92024

1105. **Seacrest Village at Rancho Bernardo**
12730 Monte Vista Rd.
Poway, CA 92064

1106. **Seal Beach Health and Rehab Center**
3000 N. Gate Rd.
Seal Beach, CA 90740

1107. **Seaport**
1330 17th St.
Santa Monica, CA 90404

1108. **Seaside Terrace**
9925 La Alameda Ave.
Fountain Vly, CA 92708

1109. **Seasons at La Jolla**
6211 La Jolla Hermosa Ave.
La Jolla, CA 92037

1110. **Selma Convalescent Hospital**
2108 Stillman St.
Selma, CA 93662

1111. **Senior Care Villa of Loomis**
3400 Chisom Trl
Loomis, CA 95650

1112. **Sequoia Transitional**
350 N. Villa St.
Porterville, CA 93257

1113. **Series Post Acute Care**
1711 Richland Ave.
Ceres, CA 95307

1114. **Serrano Convalescent Hospital - South**
5400 Fountain Ave.
Los Angeles, CA 90029

1115. **Serrano North Convalescent Hospital**
5401 Fountain Ave.
Los Angeles, CA 90029

1116. **Shadow Hills Convalescent Hospital**
10158 Sunland Blvd.
Sunland, CA 91040

1117. **Shalev Senior Living**
5797 Hillview Park Ave.
Van Nuys, CA 91401

1118. **Sharon Care Center**
8167 W. 3rd St.
Los Angeles, CA 90048

1119. **Shea Rehabilitation Healthcare**
7716 Pickering Ave.
Whittier, CA 90602

1120. **Sheffield Convalescent Hospital**
1133 S. Van Ness Ave.
San Francisco, CA 94110

1121. **Sherman Oaks Rehab. Center**
14401 Huston St.
Sherman Oaks, CA 91423

1122. **Sherman Village Healthcare Center**
12750 Riverside Dr.
Valley Vlg, CA 91607

1123. **Shields Nursing Center**
3230 Carlson Blvd.
El Cerrito, CA 94530

1124. **Shoreline Care Center**
5225 S. J St.
Oxnard, CA 93033

1125. **Shoreline Healthcare Center**
4029 E. Anaheim St.
Long Beach, CA 90804

1126. **Sienna at Otay Ranch**
1290 Santa Rosa Drive
Chula Vista, CA 91913

1127. **SIERRA HILLS**
2500 W. Henderson Ave.
Porterville, CA 93257

1128. **Sierra Hills Care Center**
1139 Cirby Way
Roseville, CA 95661

1129. **Sierra Pointe**
5161 Foothills Blvd.
Roseville, CA 95747

1130. **Sierra Regency**
1015 Madden Ln.
Roseville, CA 95661

1131. **Sierra Ridge Memory Care**
3265 Blue Oaks Dr.
Auburn, CA 95602

1132. **Sierra View Care Center**
14318 Ohio St.
Baldwin Park, CA 91706

1133. **Sierra View Homes**
1155 E. Springfield Ave.
Reedley, CA 93654

1134. **Sierra Villa Rest Home**
175 W. Sierra Ave.
Clovis, CA 93612

1135. **Sierra Vista Memory Care Community**
125 W. Sierra Madre Ave.
Azusa, CA 91702

1136. **Sierra Vista Retirement Center**
13815 Rodeo Dr.
Victorville, CA 92395

1137. **Silver Oak Manor & Tiffany Gardens**
788 Holmes St.
Livermore, CA 94550

1138. **Silver Oaks**
16 Coleman Pl.
Menlo Park, CA 94025

1139. **Silverado Senior Living**
1301 Ralston Ave.
Belmont, CA 94002

1140.  **Silvergate Retirement Residence**
       420 Elbrook Dr.
       Fallbrook, CA 92028

1141.  **Simi Hills**
       950 Sunset Garden Ln.
       Simi Valley, CA 93065

1142.  **Simi Valley Care Center**
       5270 E. Los Angeles Ave.
       Simi Valley, CA 93063

1143.  **Sky Park Gardens Assisted Living Center**
       5510 Sky Pkwy.
       Sacramento, CA 95823

1144.  **Skyline Healthcare Center**
       2065 Forest Ave.
       San Jose, CA 95128

1145.  **Solheim Lutheran Home**
       2236 Merton Ave.
       Los Angeles, CA 90041

1146.  **Solstice Senior Living**
       20594 Bear Valley Rd.
       Apple Valley, CA 92308

1147.  **Somerford Place**
       6075 N. Marks Ave.
       Fresno, CA 93711

1148.  **Sonoma Retirement Community**
       800 Oregon St.
       Sonoma, CA 95476

1149.  **Sorenson Convalescent Hospital**
       7931 Sorensen Ave.
       Whittier, CA 90606

1150.  **South Bay Keiro**
       15115 S. Vermont Ave.
       Gardena, CA 90247

1151.  **South Bay Post Acute Care**
       553 F St.
       Chula Vista, CA 91910

1152. **South Coast Post Acute**
1030 W. Warner Ave.
Santa Ana, CA 92707

1153. **South Marin Health and Wellness Center**
1220 S. Eliseo Dr.
Greenbrae, CA 94904

1154. **South Shore Skilled Nusing Unit**
625 Willow St.
Alameda, CA 94501

1155. **Southland Care Center and Southland Living**
11701 Studebaker Rd.
Norwalk, CA 90650

1156. **Spring Assisted Living & Retirement Center**
20900 Earl St.
Torrance, CA 90503

1157. **Spring Lake Village**
5555 Montgomery Dr.
Santa Rosa, CA 95409

1158. **Spring Valley Senior Living**
8914 Troy St.
Spring Valley, CA 91977

1159. **Springfield Place**
101 Ely Blvd. S
Petaluma, CA 94954

1160. **Springs Of Escondido**
1261 E. Washington Ave.
Escondido, CA 92027

1161. **SPRINGS OF NAPA, THE**
3460 Villa Ln.
Napa, CA 94558

1162. **St Claire's Nursing Center**
6248 66th Ave.
Sacramento, CA 95823

1163. **St Francis Extended Care**
718 Bartlett Ave.
Hayward, CA 94541

1164. **St Francis Home**
1718 W. 6th St.
Santa Ana, CA 92703

1165. **St Francis Pavilion**
99 Escuela Dr.
Daly City, CA 94015

1166. **St Francis Senior Residence**
6254 66th Ave.
Sacramento, CA 95823

1167. **St John's Retirement Village**
135 Woodland Ave.
Woodland, CA 95695

1168. **St Paul's Towers**
100 Bay Pl.
Oakland, CA 94610

1169. **St Thomas Retirement Center**
2937 N. Berkeley Ave.
Turlock, CA 95382

1170. **St Vincent Healthcare**
1810 N. Fair Oaks Ave.
Pasadena, CA 91103

1171. **St. Andrews Healthcare**
2300 W. Washington Blvd.
Los Angeles, CA 90018

1172. **St. Anne's Home For The Aged**
300 Lake St.
San Francisco, CA 94118

1173. **St. Anthony Care Center**
553 Smalley Ave.
Hayward, CA 94541

1174. **St. Christopher Convalescent Hospital**
22822 Myrtle St.
Hayward, CA 94541

1175. **St. Elizabeth Healthcare and Rehabilitation Center**
2800 N. Harbor Blvd.
Fullerton, CA 92835

1176. **St. Francis Assisted Care**
120 20th Century Blvd.
Turlock, CA 95380

1177. **St. Francis Heights**
35 Escuela Dr.
Daly City, CA 94015

1178. **St. Francis Manor**
2501 J Street
Sacramento, CA 95816

1179. **St. John Kronstadt Convalescent Center**
4432 James Ave.
Castro Valley, CA 94546

1180. **St. John Of God Retirement and Care Center**
2468 S. St Andrews Pl.
Los Angeles, CA 90018

1181. **St. Jude Care Center**
469 E. North St.
Manteca, CA 95336

1182. **St. Michael's Extended Care**
416 4th St.
San Rafael, CA 94901

1183. **St. Paul's Episcopal Homes**
235 Nutmeg St.
San Diego, CA 92103

1184. **St. Paul's Plaza**
1420 E. Palomar St.
Chula Vista, CA 91913

1185. **St. Paul's Villa**
2340 4th Ave.
San Diego, CA 92101

1186. **St. Regis Retirement Center**
23950 Mission Blvd.
Hayward, CA 94544

1187. **Stace's Chalet Modesto**
808 McHenry Ave.
Modesto, CA 95350

1188. **Stacie's Chalet Stockton**
517 E. Fulton St.
Stockton, CA 95204

1189. **Stacie's Chalet**
9847 Folsom Blvd.
Sacramento, CA 95827

1190. **Standiford Place**
3420 Shawnee Dr.
Modesto, CA 95350

1191. **Stanford Court Nursing Center of Santee**
8778 Cuyamaca St.
Santee, CA 92071

1192. **Stanley Convalescent Hospital**
14102 Springdale St.
Westminster, CA 92683

1193. **Stellar Care**
4518 54th St.
San Diego, CA 92115

1194. **Sterling Court**
850 N. El Camino Real
San Mateo, CA 94401

1195. **Sterling Inn**
17738 Francesca Rd.
Victorville, CA 92395

1196. **Stock Ranch Road Retirement Community**
7418 Stock Ranch Rd.
Citrus Hts, CA 95621

1197. **Stockton Windsor ElmhAve.n Care Center**
6940 Pacific Ave.
Stockton, CA 95207

1198. **Stockton Windsor Hampton Care Center**
442 E. Hampton St.
Stockton, CA 95204

1199. **Stone Brook Health & Rehabilitation**
350 De Soto Dr.
Los Gatos, CA 95030

1200. **Stonebrook Health Care Center**
4367 Concord Blvd.
Concord, CA 94521

1201. **Stoneridge Creek**
3300 Stoneridge Creek Way
Pleasanton, CA 94588

1202. **Stonewall Gardens**
2150 N. Palm Canyon Dr.
Palm Springs, CA 92262

1203. **Stratford At Beyer Park**
3529 Forest Glenn Dr.
Modesto, CA 95355

1204. **Studio City Rehabilitation Center**
11429 Ventura Blvd.
Studio City, CA 91604

1205. **Studio Royale Assisted Living**
3975 Overland Ave.
Culver City, CA 90232

1206. **Summerset Lincoln**
567 3rd Street
Lincoln, CA 95648

1207. **Summerset Rancho Cordova**
2341 Vehicle Dr.
Rncho Cordova, CA 95670

1208. **Sun & Sea Manor**
740 7th St.
Imperial Beach, CA 91932

1209. **Sun City Gardens**
28500 Bradley Rd.
Sun City, CA 92586

1210. **Sun Mar Nursing Center**
1720 W. Orange Ave.
Anaheim, CA 92804

1211. **Sun Oak Assisted Living**
7241 Canelo Hills Dr.
Citrus Hts, CA 95610

1212. **Sunbridge Care And Rehab Intercommunity**
12627 Studebaker Rd.
Norwalk, CA 90650

1213. **Suncor Fontana Skilled Nursing Community**
7227 Oleander Avenue
Fontana, CA 92336

1214. **Sunflower Gardens**
3730 S. Greenville St.
Santa Ana, CA 92704

1215. **Sungarden Terrace**
2045 Skyline Dr.
Lemon Grove, CA 91945

1216. **Sunlit Gardens Assisted Living**
9428 19th St.
Rch Cucamonga, CA 91701

1217. **Sunny Hills Assisted Living**
8717 W. Olympic Blvd.
Los Angeles, CA 90035

1218. **Sunny View Retirement Community**
22445 Cupertino Rd.
Cupertino, CA 95014

1219. **Sunnycrest Senior Living**
1925 Sunnycrest Dr.
Fullerton, CA 92835

1220. **Sunnyside Convalescent Hospital**
2939 S. Peach Ave.
Fresno, CA 93725

1221. **Sunnyside Gardens Residential Care Home**
1025 Carson Dr.
Sunnyvale, CA 94086

1222. **Sunnyside Nursing Center**
22617 S. Vermont Ave.
Torrance, CA 90502

1223. **Sunnyside Retirement Center**
22711 S. Vermont Ave.
Torrance, CA 90502

1224. **Sunnyvale**
175 E. Remington Dr.
Sunnyvale, CA 94087

1225. **Sunnyvale Post Acute Care**
1291 S. Bernardo Ave.
Sunnyvale, CA 94087

1226. **Sunnyview Care Center**
2000 W. Washington Blvd.
Los Angeles, CA 90018

1227. **Sunol Creek Memory Care**
5980 Sunol Blvd.
Pleasanton, CA 94566

1228. **Sunray Healthcare Center**
3210 W. Pico Blvd.
Los Angeles, CA 90019

1229. **Sunrise Convalescent Hospital**
1640 N. Fair Oaks Ave.
Pasadena, CA 91103

1230. **Sunset Manor Convalescent Hospital**
2720 Nevada Ave.
S El Monte, CA 91733

1231. **Sunshine Care**
12695 Monte Vista Rd.
Poway, CA 92064

1232. **Tamalpais**
501 Via Casitas
Greenbrae, CA 94904

1233. **Tamalpais Creek**
853 Tamalpais Ave.
Novato, CA 94947

1234. **Tampico Terrace**
130 Tampico
Walnut Creek, CA 94598

1235. **Tarzana Health & Rehab Center**
5650 Reseda Blvd.
Tarzana, CA 91356

1236. **Temecula Healthcare Center**
44280 Campanula Way
Temecula, CA 92592

1237. **Temple City Convalescent Hospital**
5101 Tyler Ave.
Temple City, CA 91780

1238. **Temple Park Convalescent Hospital**
2411 W. Temple St.
Los Angeles, CA 90026

1239. **Terracina Healthcare Center**
1620 W. Fern Ave.
Redlands, CA 92373

1240. **The Arcadian Retirement**
753 W. Duarte Rd.
Arcadia, CA 91007

1241. **The Ashley Place**
1321 S. Fairmont Ave.
Lodi, CA 95240

1242. **The Atrium Of Carmichael**
5757 Cypress Ave.
Carmichael, CA 95608

1243. **The Avant at Palo Alto Commons**
4041 El Camino Way
Palo Alto, CA 94306

1244. **The Berkshire**
2300 Brown St.
Napa, CA 94558

1245. **The BonAve.nture**
10949 Telegraph Rd.
Ventura, CA 93004

1246. **The Californian**
1224 Cottonwood St.
Woodland, CA 95695

1247. **The Chateau**
3100 E. Artesia Blvd.
Long Beach, CA 90805

1248. **The Chateau At River's Edge**
641 Feature Dr.
Sacramento, CA 95825

1249. **The Chateau on Capitol Avenue**
2701 Capitol Ave.
Sacramento, CA 95816

1250. **The Commons (MBK Senior Living)**
4751 Dallas Ranch Rd.
Antioch, CA 94531

1251. **The Commons at Woodland Hills**
21711 Ventura Blvd.
Woodland Hls, CA 91364

1252. **The Courte at Citrus Heights**
6825 Sunrise Blvd.
Citrus Hts, CA 95610

1253. **The Cove at LaJolla**
7160 Fay Ave.
La Jolla, CA 92037

1254. **The Covington**
3 Pursuit
Aliso Viejo, CA 92656

1255. **The Ellison John Transitional Care Center**
43830 10Th Street WeSt.
Lancaster, CA 93534

1256. **The Foothills at Simi Valley**
5300 E. Los Angeles Ave.
Simi Valley, CA 93063

1257. **The Forum**
23500 Cristo Rey Dr.
Cupertino, CA 95014

1258. **The Fountains at Carlotta**
41505 Carlotta Dr.
Palm Desert, CA 92211

1259. **The Fountains at Sea Bluffs**
25411 Sea Bluffs Dr.
Dana Point, CA 92629

1260. **The Gardens at Laguna Springs**
8300 Elk Grove Blvd.
Elk Grove, CA 95757

1261. **The Glen at Scripps Ranch CCRC**
9903 Business Park Ave., Ste 104
San Diego, CA 92131

1262. **The Grove at Cerritos**
11000 New Falcon Way
Cerritos, CA 90703

1263. **The HAve.ns at Antelope Valley**
43051 15th St W
Lancaster, CA 93534

1264. **The Heights at Burbank**
2721 W. Willow St.
Burbank, CA 91505

1265. **The Heritage Pointe**
1785 Shuey Ave.
Walnut Creek, CA 94596

1266. **The Huntington Memory Care Community**
1118 N. Stoneman Ave.
Alhambra, CA 91801

1267. **The Kensington**
1580 Geary Rd.
Walnut Creek, CA 94597

1268. **The Kensington - Redondo Beach**
320 Knob Hill Ave.
Redondo Beach, CA 90277

1269. **The Kensington Sierra Madre**
245 W. Sierra Madre Blvd.
Sierra Madre, CA 91024

1270. **The Lake Merritt Independent Senior Living**
1800 Madison St.
Oakland, CA 94612

1271. **The Lakes at Banning**
5801 Sun Lakes Blvd.
Banning, CA 92220

1272. **The Landing at Carmichael**
7125 Fair Oaks Blvd.
Carmichael, CA 95608

1273. **The Landing at Elk Grove**
8871 East Stockton Blvd.
Elk Grove, CA 95624

1274. **The Lexington Assisted Living**
5440 Ralston St.
Ventura, CA 93003

1275. **The Magnolia Of Millbrae**
201 Chadbourne Ave.
Millbrae, CA 94030

1276. **The Meadows at Country Place**
10 Country Pl.
Sacramento, CA 95831

1277. **The Meadows of Napa Valley**
1800 Atrium Pkwy.
Napa, CA 94559

1278. **The Meadows Senior Living**
9325 E. Stockton Blvd.
Elk Grove, CA 95624

1279. **The Meridian at Anaheim Hills**
525 S. Anaheim Hills Rd.
Anaheim, CA 92807

1280. **The Meridian at Lake San Marcos**
1177 San Marino Dr.
San Marcos, CA 92078

1281. **The Montera**
5740 Lake Murray Blvd.
La Mesa, CA 91942

1282. **The Oaks**
450 Hayes Ln.
Petaluma, CA 94952

1283. **The Oaks at Inglewood**
6725 Inglewood Ave.
Stockton, CA 95207

1284. **The Oars at Greenback Lane**
6550 Greenback Lane
Citrus Heights, CA 95621

1285. **The Palms at LaQuinta Assisted Living and Memory Care**
45160 Seeley Dr.
LaQuinta, CA 92253

1286. **The Palms at San Lauren**
13302 Hinault Dr.
Bakersfield, CA 93301

1287. **The Park at Laguna Spring**
7818 Wymark Dr.
Elk Grove, CA 95758

1288. **The Parkview**
100 Valley Ave.
Pleasanton, CA 94566

1289. **The Pavilion at El Dorado Hills Memory Care**
1077 Cambria Way
El Dorado Hills, CA 95762

1290. **The Pines at Rocklin**
500 W. Ranch View Dr.
Rocklin, CA 95765

1291. **The Pines Placerville**
1040 Marshall Way
Placerville, CA 95667

1292. **The Pointe at Summit Hills**
4501 Upland Point Dr.
Bakersfield, CA 93306

1293. **The Regency**
24441 Calle Sonora
Laguna Woods, CA 92637

1294. **The Rehabilitation Center of Bakersfield**
2211 Mount Vernon Ave.
Bakersfield, CA 93306

1295. **The Reserve at Thousand Oaks**
3575 N. Moorpark Rd.
Thousand Oaks, CA 91360

1296. **The Reutlinger Community**
4000 Camino Tassajara
Danville, CA 94506

1297. **The Sequoias - Portola Valley**
501 Portola Rd.
Portola Vally, CA 94028

1298. **The Sequoias at San Francisco**
1400 Geary Blvd.
San Francisco, CA 94109

1299. **The Shores Post Acute**
2828 Meadow Lark Dr.
San Diego, CA 92123

1300. **The Springs Health & Rehabilitation Center**
25924 Jackson Avenue
Murrieta, CA 92563

1301. **The Terraces**
373 Pine Ln.
Los Altos, CA 94022

1302. **The Trousdale**
1600 Trousdale Dr.
Burlingame, CA 94010

1303. **The Variel**
6253 Variel Avenue
Woodland Hills, CA 91367

1304. **The Villa**
250 Pine St.
Auburn, CA 95603

1305. **The Villa**
867 E. 11th St.
Upland, CA 91786

1306. **The Village at Heritage Park Natomas**
2001 Rose Arbor Drive
Sacramento, CA 95835

1307. **The Village at NorthRidge**
9222 Corbin Ave.
Northridge, CA 91324

1308. **The Village at Rancho Solano**
3350 Cherry Hills Ct
Fairfield, CA 94534

1309. **The Village at Seven Oaks Assisted Living and Memory Care**
4301 Buena Vista Road
Bakersfield, CA 93307

1310. **The Village At Sherman Oaks**
5450 Vesper Ave.
Sherman Oaks, CA 91411

1311. **The Village Continuing Care Retirement Community**
2200 W. Acacia Ave.
Hemet, CA 92545

1312. **The Villas at Stanford Ranch**
1400 West Stanford Ranch Road
Rocklin, CA 95765

1313. **The Vineyard at Fountaingrove**
200 Fountaingrove Parkway
Santa Rosa, CA 95403

1314. **The Vineyards**
6720 East Kings Canyon Road
Fresno, CA 93727

1315. **The Waterleaf at Land Park**
966 43rd Avenue
Sacramento, CA 95831

1316. **The Watermark at Rosewood Gardens**
35 Fenton St.
Livermore, CA 94550

1317. **The Wellington**
24903 Moulton Pkwy.
Laguna Hills, CA 92653

1318. **The Windham Senior Living**
1100 E. Spruce Ave.
Fresno, CA 93720

1319. **Thousand Oaks Health Care Center**
93 W. Ave.nida De Los Arboles
Thousand Oaks, CA 91360

1320. **Thousand Oaks Royal**
45 Erbes Rd.
Thousand Oaks, CA 91362

1321. **Tiffany Court**
1866 San Miguel Dr.
Walnut Creek, CA 94596

1322. **Timberline at Auburn**
3340 Bell Road
Auburn, CA 95602

1323. **Topanga Park Assisted Living**
7945 Topanga Canyon Blvd.
Canoga Park, CA 91304

1324. **Torrance Care Center West Inc**
4315 Torrance Blvd. # 4333
Torrance, CA 90503

1325. **Town and Country Manor Retirement Center**
555 E. Memory Ln.
Santa Ana, CA 92706

1326. **Treacy Villa**
3482 Loma Vista Rd.
Ventura, CA 93003

1327. **TreVista ConcoRd.**
1081 Mohr Ln.
Concord, CA 94518

1328. **Turlock Residential Care For The Elderly**
1101 E. Tuolumne Rd.
Turlock, CA 95382

1329. **Tustin Hacienda Memory Care Community**
240 E. 3rd St.
Tustin, CA 92780

1330. **Twilight HAve.n**
1717 S. Winery Ave.
Fresno, CA 93727

1331. **Twin Oaks Assisted Living Center**
999 North M Street
Tulare, CA 93274

1332. **Twin Rivers at Natomas**
421 San Juan Road
Sacramento, CA 95834

1333. **Two Palms Nursing Center**
2637 E. Washington Blvd.
Pasadena, CA 91107

1334. **University Care Center**
5602 University Ave.
San Diego, CA 92105

1335. **University Park Health Center**
230 E. Adams Blvd.
Los Angeles, CA 90011

1336. **University Post Acute Center**
2120 Stockton Blvd.
Sacramento, CA 95817

1337. **University Retirement Community**
1515 Shasta Dr.
Davis, CA 95616

1338. **University Village Thousand Oaks**
3415 Campus Dr.
Thousand Oaks, CA 91360

1339. **Upland Rehabilitation and Care Center**
1221 E. Arrow Hwy.
Upland, CA 91786

1340. **Vacaville Retirement Community**
799 Yellowstone Dr.
Vacaville, CA 95687

1341. **Vale Healthcare Center**
13484 San Pablo Ave.
San Pablo, CA 94806

1342. **Valencia Commons**
6739 Hermosa Ave.
Rch Cucamonga, CA 91701

1343. **Valencia Terrace**
2300 S. Main St.
Corona, CA 92882

1344. **Valle Vista Convalescent Hospital**
1025 W. 2nd Ave.
Escondido, CA 92025

1345. **Vallejo Hills Retirement Community**
350 Locust Dr.
Vallejo, CA 94591

1346. **Valley Care Center**
8515 Cholla Ave.
Yucca Valley, CA 92284

1347. **VALLEY CHRISTIAN HOME**
511 E. Malone St.
Hanford, CA 93230

1348. **Valley Convalescent Hospital**
1205 8th St.
Bakersfield, CA 93304

1349. **Valley Crest Residential Care**
18524 Corwin Rd.
Apple Valley, CA 92307

1350. **Valley Health Care Center**
4840 E. Tulare Ave.
Fresno, CA 93727

1351. **Valley Health Rehab Center of Modesto**
515 E. Orangeburg Ave.
Modesto, CA 95350

1352. **Valley Healthcare Center**
1680 N. Waterman Ave.
Sn Bernrdno, CA 92404

1353. **Valley House Care Center**
991 Clyde Ave.
Santa Clara, CA 95054

1354. **Valley Manor**
6114 Vineland Ave.
North Hollywood, CA 91606

1355. **Valley Manor Convalescent Hospital**
6120 Vineland Ave.
N Hollywood, CA 91606

1356. **Valley Palms Care Center**
13400 Sherman Way
N Hollywood, CA 91605

1357. **Valley Pines Retirement Inn**
545 E. Main Ave.
Morgan Hill, CA 95037

1358. **Valley Pointe Nursing and Rehabilitation Center**
20090 Stanton Ave.
Castro Valley, CA 94546

1359. **Valley View**
1228 Rossmoor Pkwy.
Walnut Creek, CA 94595

1360. **Valley View Gardens**
11848 Valley View St.
Garden Grove, CA 92845

1361. **Valley View Retirement Center**
7720 Woodman Ave.
Panorama City, CA 91402

1362. **Valley Village**
390 N. Winchester Blvd.
Santa Clara, CA 95050

1363. **Van Nuys Health Care Center**
6835 Hazeltine Ave.
Van Nuys, CA 91405

1364. **Varalto**
900 Sixth Ave.
Belmont, CA 94002

1365. **Vasona Creek Healthcare Center**
16412 Los Gatos Blvd.
Los Gatos, CA 95032

1366. **Ventura Convalescent Hospital**
4020 Loma Vista Rd.
Ventura, CA 93003

1367. **Ventura Grand Chateau**
5430 Telegraph Rd.
Ventura, CA 93003

1368. **Ventura Townhouse**
4900 Telegraph Rd.
Ventura, CA 93003

1369. **Verdugo Valley Skilled Nursing & Wellness**
2635 Honolulu Ave.
Montrose, CA 91020

1370. **Verdugo Vista Health Care Center**
3050 Montrose Ave.
La Crescenta, CA 91214

1371. **Vermont HealthCare Center**
22035 S. Vermont Ave.
Torrance, CA 90502

1372. **Vernon Convalescent Hospital**
1037 W. Vernon Ave.
Los Angeles, CA 90037

1373. **Vi Senior Living**
8515 Costa Verde Blvd.
San Diego, CA 92122

1374. **Victor Royale Adult Residential Living**
120 E. Laurel St.
Glendale, CA 91205

1375. **Victoria Care Center**
3541 Puente Ave.
Baldwin Park, CA 91706

1376. **Victoria Care Center**
5445 Everglades St.
Ventura, CA 93003

1377. **Vienna Nursing & Rehab  Center**
800 S. Ham Ln.
Lodi, CA 95242

1378. **View Park Convalescent Hospital**
3737 Don Felipe Dr.
Los Angeles, CA 90008

1379. **Vila Monte**
17090 Peak Avenue
Morgan Hill, CA 95037

1380. **Villa Coronado D/P SNF**
233 Prospect Pl.
Coronado, CA 92118

1381. **Villa Del Rey**
1660 3rd St.
Lincoln, CA 95648

1382. **Villa Elena Convalescent Hospital**
13226 Studebaker Rd.
Norwalk, CA 90650

1383. **Villa Gardens**
842 E. Villa St.
Pasadena, CA 91101

1384. **Villa La Mesa**
7971 Culowee St.
La Mesa, CA 91942

1385. **Villa Los Palmas**
622 S. Anza St.
El Cajon, CA 92020

1386. **Villa Maria**
2309 N. Santa Fe Ave.
Compton, CA 90222

1387. **Villa Maria Care Center**
723 E. 9th St.
Long Beach, CA 90813

1388. **Villa Marin**
100 Thorndale Dr.
San Rafael, CA 94903

1389. **Villa Monte Vista**
12696 Monte Vista Rd.
Poway, CA 92064

1390. **Villa Oaks Convalescent Hospital**
1515 N. Fair Oaks Ave.
Pasadena, CA 91103

1391. **Villa Rancho Bernardo Skilled Nursing & Rehab**
15720 Bernardo Center Dr.
San Diego, CA 92127

1392. **Villa Redondo Assisted Living Center**
237 Redondo Ave.
Long Beach, CA 90803

1393. **Villa Rosa**
2619 Orange Ave.
Costa Mesa, CA 92627

1394. **Villa Scalabrini**
10631 Vinedale St.
Sun Valley, CA 91352

1395. **Villa Serena**
1340 Pomeroy Ave.
Santa Clara, CA 95051

1396. **Villa Siena**
1855 Miramonte Ave.
Mountain View, CA 94040

1397. **Villa Sorrento**
23450 Madison St.
Torrance, CA 90505

1398. **Villa Valencia**
24552 Paseo De Valencia
Laguna Hills, CA 92653

1399. **Village at Hayes Valley**
624 Laguna St.
San Francisco, CA 94102

1400. **Village Green of Gilroy**
7600 Isabella Way
Gilroy, CA 95020

1401. **Village Square Healthcare Center**
1586 W. San Marcos Blvd.
San Marcos, CA 92078

1402. **Vineyard Place**
24325 Washington Ave.
Murrieta, CA 92562

1403. **Vineyard Ranch at Temecula**
27350 Nicolas Rd.
Temecula, CA 92591

1404. **Vintage Estates of Richmond**
955 23rd St.
Richmond, CA 94804

1405. **Vintage Faire Nursing & Rehabilitation Center**
3620 Dale Rd Ste B
Modesto, CA 95356

1406. **Vintage Gardens Assisted Living**
540 S. Peach Ave.
Fresno, CA 93727

1407. **Vintage Westwood Horizons**
947 Tiverton Ave.
Los Angeles, CA 90024

1408. **Virgil Convalescent Hospital**
975 N. Virgil Ave.
Los Angeles, CA 90029

1409. **Vista Cove**
901 W. Santa Anita Ave.
San Gabriel, CA 91776

1410. **Vista Del Lago Memory Care**
1817 Ave.nida Del Diablo
Escondido, CA 92029

1411. **Vista Del Mar Senior Living**
3360 Magnolia Ave.
Long Beach, CA 90806

1412. **Vista Del Sol Care Center**
11620 W. Washington Blvd.
Los Angeles, CA 90066

1413. **Vista Gardens Memory Care**
1863 Devon Pl.
Vista, CA 92084

1414. **Vista Knoll Specialized Care Facility**
2000 Westwood Rd.
Vista, CA 92083

1415. **Vista Manor Nursing Center**
120 Jose Figueres Ave.
San Jose, CA 95116

1416. **Vista Montana Senior Living**
155 N. Girard St.
Hemet, CA 92544

1417. **Vista Pacifica Convalescent Hospital**
3662 Pacific Ave.
Riverside, CA 92509

1418. **Vista Prado**
105 Power Dr.
Vallejo, CA 94589

1419. **Vista Village Senior Living**
2041 W. Vista Way
Vista, CA 92083

1420. **Viva Communities-Acacia Villas**
1620 E. Chapman Ave.
Fullerton, CA 92831

1421. **Vivante on the CoaSt.**
1640 Monrovia Ave.
Costa Mesa, CA 92627

1422. **Voralco Village**
1095 E. Tabor Ave.
Fairfield, CA 94533

1423. **Wagner Heights Nursing and Rehab**
9289 Branstetter Pl.
Stockton, CA 95209

1424. **Wagner Heights Residential Care Facility/Nursing & Rehab**
2435 Wagner Heights Rd.
Stockton, CA 95209

1425. **Walnut Creek Nursing & Rehab**
1224 Rossmoor Pkwy.
Walnut Creek, CA 94595

1426. **Walnut Creek Willows**
2015 Mt Diablo Blvd.
Walnut Creek, CA 94596

1427. **Walnut Grove Residence**
2801 Lou Ann Dr.
Modesto, CA 95350

1428. **Walnut House**
3401 Walnut Ave.
Carmichael, CA 95608

1429. **Walnut Village**
891 S. Walnut St.
Anaheim, CA 92802

1430. **Washington Care and Rehabilitation Center**
14766 Washington Ave.
San Leandro, CA 94578

1431. **Waterford Terrace**
5580 Aztec Dr.
La Mesa, CA 91942

1432. **Waterman Convalescent Hospital**
1850 N. Waterman Ave.
Sn Bernrdno, CA 92404

1433. **Watermark**
220 N. Clark Dr.
Beverly Hills, CA 90211

1434. **Waters Edge Lodge**
801 Island Dr.
Alameda, CA 94502

1435. **Webster House**
401 Webster St.
Palo Alto, CA 94301

1436. **Welbrook  Senior Living**
7898 California Ave.
Riverside, CA 92504

1437. **Wellness Care Senior Living**
158 Rockaway Rd.
Oak View, CA 93022

1438. **WellQuest of Granite Bay**
9747 Sierra College Blvd.
Granite Bay, CA 95661

1439. **Wellspring Post Acute Center**
44445 15th St W
Lancaster, CA 93534

1440. **Wesley Palms**
2404 Loring St.
San Diego, CA 92109

1441. **West Anaheim Extended Care**
645 S. Beach Blvd.
Anaheim, CA 92804

1442. **West Glenn Manor**
7242 Westminster Blvd.
Westminster, CA 92683

1443. **West Valley Assisted Living**
7055 Shoup Ave.
West Hills, CA 91307

1444. **Westborough Royale Assisted Living**
89 Westborough Blvd.
S San Fran, CA 94080

1445. **Westchester Villa Retirement Hotel**
220 W. Manchester Blvd.
Inglewood, CA 90301

1446. **Western Convalescent Hospital**
2190 W. Adams Blvd.
Los Angeles, CA 90018

1447. **Western Slope Health Center**
3280 Washington St.
Placerville, CA 95667

1448. **Westgate Manor Convalescent Hospital**
1700 Howard Rd.
Madera, CA 93637

1449. **WestHill Health and Rehab Center**
7940 Topanga Canyon Blvd.
Canoga Park, CA 91304

1450. **Westlake Convalescent Hospital**
316 S. Westlake Ave.
Los Angeles, CA 90057

1451. **Westlake Health Care Center**
250 Fairview Rd.
Westlake Vlg, CA 91361

1452. **Westminister Villa**
13881 Dawson St.
Garden Grove, CA 92843

1453. **Westminster Gardens**
1420 Santo Domingo Ave.
Duarte, CA 91010

1454. **Westminster Terrace**
7571 Westminster Blvd.
Westminster, CA 92683

1455. **Westmont Living**
2325 Proctor Valley Rd.
Chula Vista, CA 91914

1456. **Westmont, The**
1675 Scott Blvd.
Santa Clara, CA 95050

1457. **Westview Healthcare Center**
12225 Shale Ridge Ln.
Auburn, CA 95602

1458. **Westwood Plaza**
2228 Westwood Blvd.
Los Angeles, CA 90064

1459. **Whispering Pines Inn**
470 Los Viboras Rd.
Hollister, CA 95023

1460. **Whispering Winds of Apple Valley**
11825 Apple Valley Rd.
Apple Valley, CA 92308

1461. **White Blossom Care Center**
1990 Fruitdale Ave.
San Jose, CA 95128

1462. **White Sands La Jolla**
7450 Olivetas Ave.
La Jolla, CA 92037

1463. **Whitney Oaks Care Center**
3529 Walnut Ave.
Carmichael, CA 95608

1464. **Whitten Heights Assisted Living and Memory Care**
200 W. Whittier Blvd.
La Habra, CA 90631

1465. **Whittier Glen Assisted Living**
10615 Jordan Rd.
Whittier, CA 90603

1466. **Whittier Hills Health Care Center**
10426 Bogardus Ave.
Whittier, CA 90603

1467. **Whittier Nursing & Wellness Center**
7926 Painter Ave.
Whittier, CA 90602

1468. **Whittier Place Senior Living**
12315 Burgess Ave.
Whittier, CA 90604

1469. **Wildomar Senior Leisure Community and Assisted Living**
32325 S. Pasadena
Wildomar, CA 92595

1470. **Wildwood Canyon Villa**
33951 Colorado St.
Yucaipa, CA 92399

1471. **Willow Creek**
22424 Charlene Way
Castro Valley, CA 94546

1472. **Willow Creek Healthcare Center**
650 W. Alluvial Ave.
Clovis, CA 93611

1473. **Willow Glen**
1660 Gaton Dr.
San Jose, CA 95125

1474. **Willow Glen Center & Rehab**
1267 Meridian Ave.
San Jose, CA 95125

1475. **Willow Pass Healthcare Center**
3318 Willow Pass Rd.
Concord, CA 94519

1476. **WindChime Of Marin**
1111 Sir Francis Drake Blvd.
Kentfield, CA 94904

1477. **Winding Commons**
6017 Winding Way
Carmichael, CA 95608

1478. **Windsor**
1230 E. Windsor Rd.
Glendale, CA 91205

1479. **Windsor Care Center**
3533 Motor Ave.
Los Angeles, CA 90034

1480. **Windsor Cares**
501 Jessie Ave.
Sacramento, CA 95838

1481. **Windsor PostAcute of HaywaRd.**
25919 Gading Rd.
Hayward, CA 94544

1482. **Windsor Rosewood Care Center**
1911 Oak Park Blvd.
Pleasant Hill, CA 94523

1483. **Windsor Terrace Healthcare Center**
7447 Sepulveda Blvd.
Van Nuys, CA 91405

1484. **Wine Country Care Center**
321 W. Turner Rd.
Lodi, CA 95240

1485. **Woodland Care Center**
7120 Corbin Ave.
Reseda, CA 91335

1486. **Woodland Health Care Center**
14966 Terreno De Flores Ln.
Los Gatos, CA 95032

1487. **Woodland Nursing and Rehab**
678 3rd St.
Woodland, CA 95695

1488. **Woodruff Care Home**
16409 Woodruff Ave.
Bellflower, CA 90706

1489. **Woodruff Convalescent Center**
17836 Woodruff Ave.
Bellflower, CA 90706

1490. **Woodside Health Center**
2240 Northrop Ave.
Sacramento, CA 95825

1491. **York Healthcare & Wellness Center**
6071 York Blvd.
Los Angeles, CA 90042

1492. **Yorkshire Village**
26933 Cornell St.
Hemet, CA 92544

1493. **Yu Pin Manor**
15602 Belshire Ave.
Norwalk, CA 90650