# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Audrey Heredia as successor-in-interest to the Estate of Carlos Heredia; Amy Fearn as successor-in-interest to the Estate of Edith Zack; and Helen Ganz, by and through her Guardian ad Litem, Elise Ganz; on their own behalves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Sunrise Senior Living, LLC; Sunrise Senior Living Management, Inc.; and Does 2 - 100,<br><br>Defendants. | CASE NO. 8:18-cv-01974-JLS-JDE<br><br>**STIPULATED INJUNCTION AND ORDER** |

This injunction ("Injunction") is entered into and shall be enforceable against Sunrise Senior Living, LLC and Sunrise Senior Living Management, Inc. (collectively "Sunrise").

As referenced herein, the term "Community" and "Communities" means the following residential care facilities for the elderly (RCFEs) that are owned, operated or managed by Sunrise: Sunrise of Beverly Hills, Sunrise at Canyon Crest, Sunrise of Carmichael, Sunrise of Cupertino, Sunrise of Danville, Sunrise of Fair Oaks, Sunrise of Hermosa Beach, Sunrise at La Costa, Sunrise of Mission Viejo, Sunrise of Orange, Sunrise of Rocklin, Sunrise of San Mateo, Sunrise at Sterling Canyon, Sunrise of Sunnyvale, Sunrise of Westlake Village, and Sunrise of Yorba Linda.

This Court has jurisdiction over the Parties and the claims asserted by the Class Plaintiffs in this action. Within sixty (60) days of the date the Court grants final approval of the Parties' settlement in this action (herein "Effective Date"), Sunrise shall implement the following injunctive relief:

**DISCLOSURE REQUIREMENTS**

1. Sunrise shall instruct all sales personnel and Executive Directors of the Communities to refrain from making any oral or written statements to current or prospective residents (and if applicable, family members or representatives of current or prospective residents) that: (a) resident assessments are the only factor used to determine, set or monitor staffing levels at Sunrise communities; and (b) Sunrise adjusts staffing at its Communities whenever a new resident is admitted or an existing resident's needs change.

2. Subject to any required regulatory approval, Sunrise shall ensure that all new Residency Agreements at its Communities entered into after the Effective Date contain disclosures substantially in the form as follows: "The resident assessments referenced in the Residency Agreement, including those conducted at the time of admission and thereafter during a resident's stay, are considered by Sunrise in determining and setting staffing levels at the Communities. Sunrise does

not guarantee that it will adjust staffing levels whenever a new resident is admitted or an existing resident's needs change. Sunrise does not guarantee that any resident will receive a specific number of minutes or amount of care on any given day or time period."

3. Sunrise shall ensure that the above-referenced disclosure is also contained on its website and marketing materials that discuss resident assessments and are made available to the general public in California after the Effective Date.

4. Upon inclusion of the language referenced in Paragraphs 2 and 3 above, Sunrise shall provide Class Counsel with copies of the revised Residency Agreement and marketing materials.

**STAFFING REQUIREMENTS**

5. Not later than the Effective Date, Sunrise shall ensure that the Communities continue to comply with the following regulations:

   a. 22 CCR § 87411(a) ("Facility personnel shall at all times be sufficient in numbers, and competent to provide the services necessary to meet resident needs.")

   b. 22 CCR § 87608(a) ("Based on the individual's preadmission appraisal, and subsequent changes to that appraisal, the facility shall provide assistance and care for the resident in those activities of daily living which the resident is unable to do for himself/herself.")

   c. 22 CCR § 87705(c)(4) ("Licensees who accept and retain residents with dementia shall be responsible for ensuring … [t]here is an adequate number of direct care staff to support each resident's physical, social, emotional, safety and health care needs as identified in his/her current appraisal.")

6. In setting staffing at the Communities, Sunrise shall consider and apply its reasonable determination of the staffing hours reasonably required to perform the care tasks needed by the residents as determined by Sunrise's assessment procedures, the experience and/or education of the staff, the ability of staff to perform various tasks in parallel, the physical layout of the Community, and the

reasonable discretion of the Executive Director and/or department coordinators to ensure the appropriate amount of staff.

7. In setting staffing at the Communities, Sunrise shall not apply an automated "round down" that reduces the number of staffing hours that Sunrise reasonably calculates are required to provide promised services or meet residents' assessed needs.

**TRAINING**

8. For each year during the time period this Injunction is in effect, Sunrise shall provide annual training to all relevant personnel (and shall maintain records of the content and attendance for such training) on the following topics:

a. How to respond to and reset resident requests for assistance made through pendant/call lights (collectively "Call Light Request/Response"), including instruction to all relevant personnel on (1) responding to call lights as promptly as possible under the circumstances; and (2) resetting pendant/call lights at the resident's location or, if required due to an emergency or other technical or legitimate reasons, resetting at a central location.

b. How to properly monitor the provision of resident care; and

c. How to appropriately staff the Community, including without limitation, how personnel should be staffed during each shift and how to respond to staff call outs or other temporary vacancies.

**MONITORING**

9. Throughout the duration of the Injunction plus an additional six months, Sunrise shall keep and maintain an electronic record of every Call Light Request/Response, which shall include the date and time of every request, the room number from which the call or request was made, and the date and time the call light was reset (herein, the "Call Light Request/Response Data").

10. Sunrise shall collect the Call Light Request/Response Data daily, and shall review and analyze such data at least monthly, at each Community during the

term of the Injunction. If Sunrise determines that response times at any Community exceed a reasonable time, Sunrise shall promptly take reasonable good faith remedial actions, including without limitation, evaluating whether there are sufficient numbers of staff and providing additional training to Community personnel on how to improve response times.

11. Commencing three months after the Effective Date, and continuing every three months thereafter throughout the term of the Injunction (the "Quarterly Period"), Sunrise shall provide Class Counsel with Call Light Request/Response Data with resident-identifying information redacted (including room numbers) (the "Redacted Call Light Request/Response Data") for Sunrise of Cupertino, Sunrise of Orange, Sunrise of Rocklin and Sunrise of Yorba Linda for six (6) weeks from each Community for the prior Quarterly Period, with the six weeks to be selected by Class Counsel and identified in writing to Sunrise's counsel within ten (10) days prior to the end of the relevant Quarterly Period. All Redacted Call Light Request/Response Data required under this paragraph shall be provided in standard database-ready .csv or .txt file format to Class Counsel on or before close of business on the 20th day following the end of the relevant Quarterly Period.

12. Commencing three months after the Effective Date, and continuing every Quarterly Period, Class Counsel shall select six (6) Communities (the "Selected Communities") for which Sunrise shall provide Redacted Call Light Request/Response Data for a 24-hour period for one day in each month of the relevant Quarterly Period, selected by Class Counsel. Within ten (10) days prior to the end of the relevant Quarterly Period, Class Counsel shall provide Sunrise the exact days in the prior Quarterly Period in the Selected Communities from which such Redacted Call Light Request/Response Data is pulled. Sunrise shall provide such Redacted Call Light Request/Response Data within twenty (20) days following the end of the relevant Quarterly Period.

13. Plaintiffs shall not use the Redacted Call Light Request/Response Data

for any purpose other than monitoring compliance with and enforcing this Injunction. Plaintiffs shall not disclose the Redacted Call Light Request/Response Data, except only for a motion to enforce this Injunction.

14. Sunrise shall respond to reasonable inquiries from Class Counsel regarding such Redacted Call Light Request/Response Data.

**OTHER PROVISIONS**

15. Nothing stated in this Injunction shall relieve Sunrise from complying with any other applicable federal or state law or regulation.

16. Should Plaintiffs assert that Sunrise has materially failed to comply with any provision of this Injunction, Plaintiffs shall notify Sunrise in writing and meet and confer in a good faith effort to resolve the dispute informally. If no resolution is reached within thirty days (30) days of the date of Plaintiffs' written notice, Plaintiffs may seek appropriate relief from the Court. In the event Plaintiffs assert violations of Paragraph 5 herein, Sunrise reserves all rights to argue that the Court should abstain in favor of the authority of appropriate regulators, including the California Department of Social Services ("CDSS"), and Plaintiffs reserve all rights to oppose Sunrise's argument. [1]

17. The District Court shall retain continuing jurisdiction over all Parties and over this action for purposes of the interpretation and enforcement of the terms of this Injunction.

18. The Injunction shall remain in force and effect for a period of thirty (30) months commencing on the Effective Date.

19. If Sunrise completely divests all ownership and operational interest in a Community during the term of the Injunction (herein, "Divested Community"), Sunrise shall have no continuing obligation under the Injunction as to that Divested

---

[1] A citation issued by the CDSS does not constitute a per se violation of this Injunction.

Community only, but shall remain obligated as to all other Communities. The provisions of this Injunction shall not apply to the new operator and/or manager of the Divested Community.

20. If the care staffing requirements for RCFEs in California (including without limitation, the regulations cited in Paragraph 5 above) are modified by statute or regulation, any Party may move the Court for modification of this Injunction consistent with such new statute and/or regulation.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated:_____    _____
                                                            Hon. Josephine L. Staton